

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302  984-6147 Direct Phone
302  658-1192 Fax

March 9, 2016

**VIA ELECTRONIC FILING**
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      Re:    *International Business Machines Corporation v. Groupon, Inc.*,
               **C.A. No. 16-122-SLR**

Dear Judge Robinson:

     Plaintiff International Business Machines Corporation respectfully requests that the above-referenced action be reassigned to Chief Judge Leonard P. Stark, who is currently presiding over C.A. No. 15-137-LPS, which is a related matter.  The same patents are being asserted in both civil actions.  Counsel remain available at the Court's convenience if Your Honor has questions.

                                        Respectfully,

                                        */s/ David E. Moore*

                                        David E. Moore

DEM:sjh/1218416/43155

cc:      Clerk of Court (via hand delivery)