IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 16-122-LPS-CJB |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline for Defendant to respond to the Complaint in this matter is extended through and including July 25, 2016.

| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
|---|---|
| */s/ David E. Moore* | */s/ John G. Day* |
| David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Plaintiff* | John G. Day (#2403) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> jday@ashby-geddes.com <br><br> *Attorneys for Defendant* |

SO ORDERED this _____ day of June, 2016.

_____
Chief Judge

{01119605;v1 }