## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Defendant to respond to the Complaint is hereby extended through and including August 15, 2016.

In the event that Defendant files a motion pursuant to Fed. R. Civ. P 12 in lieu of an answer, it is further STIPULATED AND AGREED, subject to the approval of the Court, that Plaintiff's opposition brief to the motion will be due on August 25, 2016, and that Defendant's reply brief will be due on August 30, 2016.

This extension is requested to permit the parties to engage in ongoing resolution efforts, including mediation scheduled for August 8, 2016.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff* | By: */s/ John G. Day*<br>John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box. 1150<br>Wilmington, DE  19801<br>Tel:  (302) 654-1888<br>jday@ashby-geddes.com<br><br>*Attorney for Defendant* |

Dated:  July 22, 2016
1229724 / 43155

   IT IS SO ORDERED this _____ day of _____, 2016.

                _____
                U.S.M.J.