IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline for the parties to submit a proposed protective order for this matter is extended through and including October 28, 2016.

| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Bindu A. Palapura* | */s/ John G. Day* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of October, 2016.

_____
Magistrate Judge

{01154565;v1 }