**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GROUPON, INC., )<br>)<br>Defendant. ) | C.A. No. 16-122-LPS-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of October, 2016, **INITIAL DISCLOSURES OF DEFENDANT GROUPON, INC.** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire     VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire     VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

{01119699;v1 }

|  | ASHBY & GEDDES |
|---|---|
| *Of Counsel:* | */s/ John G. Day* |
| | _____ |
| J. David Hadden | John G. Day (#2403) |
| Saina S. Shamilov | Andrew C. Mayo (#5207) |
| Phillip J. Haack | 500 Delaware Avenue, 8th Floor |
| Adam M. Lewin | P.O. Box 1150 |
| FENWICK & WEST LLP | Wilmington, DE 19899 |
| Silicon Valley Center | (302) 654-1888 |
| 801 California Street | jday@ashby-geddes.com |
| Mountain View, CA 94041 | amayo@ashby-geddes.com |
| (650) 988-8500 | |
| | *Attorneys for Defendant Groupon, Inc.* |
| Dated: October 13, 2016 | |