

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

October 28, 2016

**VIA ELECTRONIC FILING**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

    Re:    *International Business Machines Corporation v. Groupon, Inc.*,
             C.A. No. 16-122-LPS-CJB

Dear Magistrate Judge Burke:

    Plaintiff International Business Machines Corporation and Defendant Groupon, Inc. respectfully submit the attached agreed upon Protective Order for Your Honor's consideration.

    Counsel are available at the Court's convenience if Your Honor has any questions.

                                Respectfully,

                                */s/ David E. Moore*

                                David E. Moore

DEM:nmt/1236994/43155

Enclosure
cc:     Clerk of Court (via hand delivery)
          Counsel of Record (via electronic mail)