**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GROUPON, INC., )<br>)<br>Defendant. ) | C.A. No. 16-122-LPS-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November, 2016, **INITIAL DISCLOSURES PURSUANT TO SECTION 3 OF THE COURT'S DEFAULT STANDARD FOR DISCOVERY** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| John M. Desmarais, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169 | VIA ELECTRONIC MAIL |

{01119699;v1 }

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
| J. David Hadden | John G. Day (#2403) |
| Saina S. Shamilov | Andrew C. Mayo (#5207) |
| Phillip J. Haack | 500 Delaware Avenue, 8th Floor |
| Adam M. Lewin | P.O. Box 1150 |
| FENWICK & WEST LLP | Wilmington, DE 19899 |
| Silicon Valley Center | (302) 654-1888 |
| 801 California Street | jday@ashby-geddes.com |
| Mountain View, CA 94041 | amayo@ashby-geddes.com |
| (650) 988-8500 |  |
|  | *Attorneys for Defendant Groupon, Inc.* |
| Dated: November 2, 2016 |  |