# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS-CJB ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for IBM to file and serve its answering brief in opposition to Groupon's Motion for Judgment on the Pleadings (D.I. 29) shall be extended to Monday January 16, 2017, and the deadline for Groupon to file and serve its reply brief in support of its Motion shall be extended to Thursday February 2, 2017. Further, IBM's deadline to serve its infringement contentions shall be extended to Friday January 20, 2017 and Groupon's deadline to serve its invalidity contentions shall be extended to Wednesday February 22, 2017. No other deadlines will be impacted by this order.

| POTTER ANDERSON CORROON | ASHBY & GEDDES |
|---|---|
| */s/ Bindu A. Palapura* | */s/ John G. Day* |
| David E. Moore (#3983) | John G. Day (#2403) |
| Bindu A. Palapura (#5370) | Andrew C. Mayo (#5207) |
| Stephanie E. O'Byrne (#4446) | 500 Delaware Avenue, 8th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 1150 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | Tel: (302) 654-1888 |
| Tel: (302) 984-6000 | jday@ashby-geddes.com |
| dmoore@potteranderson.com | amayo@ashby-geddes.com |
| bpalapura@potteranderson.com | |
| sobyrne@potteranderson.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this _____ day of December, 2016.

_____
Judge Christopher J. Burke

1240592 / 43155