# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 16-122-LPS-CJB

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of December, 2016, **DEFENDANT GROUPON, INC.'S RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-83)** was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire               VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire            VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ John G. Day* |
| | _____ |
| | John G. Day (#2403) |
| | Andrew C. Mayo (#5207) |
| *Of Counsel:* | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| J. David Hadden | Wilmington, DE 19899 |
| Saina S. Shamilov | (302) 654-1888 |
| Phillip J. Haack | jday@ashby-geddes.com |
| Adam M. Lewin | amayo@ashby-geddes.com |
| FENWICK & WEST LLP | |
| Silicon Valley Center | *Attorneys for Defendant Groupon, Inc.* |
| 801 California Street, 12th Floor | |
| Mountain View, CA 94041 | |
| (650) 988-8500 | |
| | |
| Dated: December 22, 2016 | |