# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS-CJB ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on December 23, 2016, upon the following attorneys of record as indicated below:

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-95)**

### VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day<br>Ashby-Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com | J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>FENWICK & WEST LLP<br>555 California Street, 12thFloor<br>San Francisco, CA 94104<br>dhadden@fenwick.com<br>sshamilov@fenwick.com<br>phaack@fenwick.com<br>alewin@fenwick.com |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:   /s/ David E. Moore |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE 19801 |
| DESMARAIS LLP | Tel: (302) 984-6000 |
| 230 Park Avenue | dmoore@potteranderson.com |
| New York, NY 10169 | bpalapura@potteranderson.com |
| Tel: (212) 351-3400 | sobyrne@potteranderson.com |
| Dated: December 23, 2016 | *Attorneys for Plaintiff International Business Machines Corporation* |
| 1241038 / 43155 | |