**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2017, **DEFENDANT GROUPON, INC.'S RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-8)** was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                                        <u>VIA ELECTRONIC MAIL</u>
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                                   <u>VIA ELECTRONIC MAIL</u>
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| J. David Hadden | _____ |
| Saina S. Shamilov | John G. Day (#2403) |
| Phillip J. Haack | Andrew C. Mayo (#5207) |
| Adam M. Lewin | 500 Delaware Avenue, 8th Floor |
| FENWICK & WEST LLP | P.O. Box 1150 |
| Silicon Valley Center | Wilmington, DE 19899 |
| 801 California Street, 12th Floor | (302) 654-1888 |
| Mountain View, CA 94041 | jday@ashby-geddes.com |
| (650) 988-8500 | amayo@ashby-geddes.com |
| | |
| Dated: January 13, 2017 | *Attorneys for Defendant Groupon, Inc.* |