# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GROUPON, INC. )<br>)<br>Defendant. ) | C.A. No. 16-122-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on January 20, 2017, upon the following attorneys of record as indicated below:

IBM'S PRELIMINARY INFRINGEMENT CONTENTIONS
**[HIGHLY CONFIDENTIAL – ATTORNEYS EYES' ONLY]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day<br>Ashby-Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com | J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>FENWICK & WEST LLP<br>555 California Street, 12thFloor<br>San Francisco, CA 94104<br>dhadden@fenwick.com<br>sshamilov@fenwick.com<br>phaack@fenwick.com<br>alewin@fenwick.com<br>Groupon_IBM_Service@fenwick.com |

2

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE 19801 |
| Elizabeth Kimmel | Tel: (302) 984-6000 |
| DESMARAIS LLP | dmoore@potteranderson.com |
| 230 Park Avenue | bpalapura@potteranderson.com |
| New York, NY 10169 | sobyrne@potteranderson.com |
| Tel: (212) 351-3400 | |
| | *Attorneys for Plaintiff International Business Machines Corporation* |
| Dated: January 20, 2017 | |
| 1242624 / 43155 | |