# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 3, 2017

The Honorable Leonard P. Stark           VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE  19801

    Re:    *International Business Machines Corporation v. Groupon, Inc.,*
           *C.A. No. 16-122-LPS-CJB*

Dear Chief Judge Stark:

    Defendant Groupon, Inc. respectfully requests oral argument on its motion for judgment on the pleadings that U.S. Patent No. 5,796,967 and U.S. Patent No. 7,072,849 are directed to ineligible subject matter and thus invalid under 35 U.S. C. § 101 (D.I. 29), on which briefing has now been completed.

                                                 Respectfully,

                                               */s/ John G. Day*

                                               John G. Day

JGD: nml

cc:    Counsel of Record (via electronic mail)

{01186722;v1 }