# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 16-122-LPS-CJB<br>) |
| GROUPON, INC., | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of February, 2017, **DEFENDANT GROUPON, INC.'S FIRST SET OF INTERROGATORIES TO PLAIN PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION** was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                                    VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                              VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

{01119699;v1 }

|  |  |
|---|---|
| *Of Counsel:*<br><br>J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street, 12th Floor<br>Mountain View, CA 94041<br>(650) 988-8500<br><br>Dated: February 13, 2017 | ASHBY & GEDDES<br><br>*/s/ John G. Day*<br><br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant Groupon, Inc.* |