# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GROUPON, INC., )<br>)<br>Defendant. ) | C.A. No. 16-122-LPS-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2017,

**PRELIMINARY INVALIDITY CONTENTIONS OF DEFENDANT GROUPON, INC.**

were served upon the following counsel of record at the address and in the manner indicated:


David E. Moore, Esquire                                          VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                                       VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES<br><br>*/s/ John G. Day*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant Groupon, Inc.* |
| J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street, 12th Floor<br>Mountain View, CA  94041<br>(650) 988-8500 | |

Dated: February 23, 2017