IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that: (1) the deadline for the parties to exchange a list of the claim terms that they believe need construction and their proposed constructions for those terms is extended through and including March 10, 2017; and (2) plaintiff's deadline to respond to defendant's 1st set of interrogatories is extended through and including March 22, 2017.

POTTER ANDERSON & CORROON, LLP

/s/ Bindu A. Palapura

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ John G. Day

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com

*Attorneys for Defendant*

{01193364;v1 }

SO ORDERED this _____ day of March, 2017.

_____
Magistrate Judge

Case 1:16-cv-00122-LPS   Document 44   Filed 03/03/17   Page 2 of 2 PageID #: 564