# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2017, **PRELIMINARY IDENTIFICATION OF PROPOSED TERMS, PHRASES, AND CLAUSES FOR CONSTRUCTION OF GROUPON, INC.** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                                             VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                                        VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

{01119699;v1 }

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ John G. Day* |
| *Of Counsel:* | John G. Day (#2403) |
| | Andrew C. Mayo (#5207) |
| J. David Hadden | 500 Delaware Avenue, 8th Floor |
| Saina S. Shamilov | P.O. Box 1150 |
| Phillip J. Haack | Wilmington, DE  19899 |
| Adam M. Lewin | (302) 654-1888 |
| FENWICK & WEST LLP | jday@ashby-geddes.com |
| Silicon Valley Center | amayo@ashby-geddes.com |
| 801 California Street, 12th Floor | |
| Mountain View, CA  94041 | *Attorneys for Defendant Groupon, Inc.* |
| (650) 988-8500 | |

Dated: March 13, 2017