**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | C.A. No. 16-122-LPS |
| ) | |
| v.   ) | **JURY TRIAL DEMANDED** |
| ) | |
| GROUPON, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 10, 2017, upon the following attorneys of record as indicated below:

IBM'S IDENTIFICATION OF PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS

**VIA ELECTRONIC MAIL**

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
Jessica Benzler
FENWICK & WEST LLP
555 California Street, 12thFloor
San Francisco, CA 94104
dhadden@fenwick.com
sshamilov@fenwick.com
phaack@fenwick.com
alewin@fenwick.com
jbenzler@fenwick.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE  19801 |
| Elizabeth Kimmel | Tel:  (302) 984-6000 |
| Michael J. X. Matulewicz-Crowley | dmoore@potteranderson.com |
| Brian D. Matty | bpalapura@potteranderson.com |
| DESMARAIS LLP | sobyrne@potteranderson.com |
| 230 Park Avenue |  |
| New York, NY  10169 | *Attorneys for Plaintiff International Business* |
| Tel:  (212) 351-3400 | *Machines Corporation* |

Dated:  March 13, 2017
1247837 / 43155