**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 21, 2017, upon the following attorneys of record as indicated below:

IBM'S SECOND SET OF INTERROGATORIES TO GROUPON (NOS. 9–11)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John G. Day | J. David Hadden |
| Andrew C. Mayo | Saina S. Shamilov |
| Ashby-Geddes | Phillip J. Haack |
| 500 Delaware Avenue, 8th Floor | Adam M. Lewin |
| P.O. Box 1150 | FENWICK & WEST LLP |
| Wilmington, DE 19899 | 555 California Street, 12thFloor |
| jday@ashby-geddes.com | San Francisco, CA 94104 |
| amayo@ashby-geddes.com | dhadden@fenwick.com |
| | sshamilov@fenwick.com |
| | phaack@fenwick.com |
| | alewin@fenwick.com |
| | Groupon_IBM_Service@fenwick.com |

2

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE 19801 |
| Elizabeth Kimmel | Tel: (302) 984-6000 |
| Michael J. X. Matulewicz-Crowley | dmoore@potteranderson.com |
| Brian D. Matty | bpalapura@potteranderson.com |
| DESMARAIS LLP | sobyrne@potteranderson.com |
| 230 Park Avenue | |
| New York, NY 10169 | *Attorneys for Plaintiff International Business* |
| Tel: (212) 351-3400 | *Machines Corporation* |

Dated: March 21, 2017
1248466 / 43155