## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 16-122-LPS<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GROUPON, INC. | )<br>) |
| Defendant. | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 12 of the Court's Scheduling Order (D.I. 17), Plaintiff International Business Machines Corporation and Defendant Groupon, Inc., submit this Joint Claim Construction Chart for U.S. Patent Nos. 5,796,967 ("the '967 patent"), 7,072,849 ("the '849 patent"), 5,961,601 ("the '601 patent"), and 7,631,346 ("the '346 patent").

The parties' respective proposals for the **10** terms in dispute, with citations only to the intrinsic evidence in support of their proposed constructions, are set forth in **Exhibit A** hereto. Where the parties have not offered a construction, it is the parties' position that the term need not be construed and should be given its ordinary meaning.

Attached as **Exhibit A-1** is a copy of the '967 patent.

Attached as **Exhibits A-2** through **A-13** are excerpts from the '967 patent prosecution history and the U.S. Patent Application 07/388,156 prosecution history referred to in the parties' citations.

Attached as **Exhibit B-1** is a copy of the '849 patent.

Attached as **Exhibit B-2** through **B-19** are excerpts from the '849 patent prosecution history referred to in the parties' citations.

Attached as **Exhibit C-1** is a copy of the '601 patent.

Attached as **Exhibit C-2** through **C-4** are excerpts from the '601 patent prosecution history and IPR2016-00604 referred to in the parties' citations.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com | By:  */s/ John G. Day*<br>    John G. Day (#2403)<br>    Andrew C. Mayo (#5207)<br>    500 Delaware Avenue, 8th Floor<br>    P.O. Box 1150<br>    Wilmington, DE 19899<br>    Tel:  (302) 654-1888<br>    jday@ashby-geddes.com<br>    amayo@ashby-geddes.com |

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Elizabeth Kimmel
Michael J. X. Matulewicz-Crowley
Brian D. Matty
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

*Attorneys for Plaintiff*
*International Business Machines Corporation*

OF COUNSEL:

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
555 California Street, 12thFloor
San Francisco, CA 94104
Tel:  (415) 875-2300

*Attorneys for Defendant*
*Groupon, Inc.*

Dated: March 24, 2017
1248847 / 43155