IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>)<br>Plaintiff,     )<br>)<br>v.           )<br>)<br>GROUPON, INC.     )<br>)<br>Defendant.    ) | C.A. No. 16-122-LPS<br><br>**JURY TRIAL DEMANDED** |

**EXHIBITS TO JOINT CLAIM CONSTRUCTION CHART**

**VOLUME I of III**

**Exhibits A to A13**

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Elizabeth Kimmel
Michael J. X. Matulewicz-Crowley
Brian D. Matty
DESMARAIS LLP
New York, NY 10169

*Attorneys for Plaintiff*

John G. Day (#2403)
Andrew C. Mayo (#5207)
ASHBY-GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
jday@ashby-geddes.com
amayo@ashby-geddes.com

OF COUNSEL:

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
San Francisco, CA 94104

*Attorneys for Defendant*

Dated: March 24, 2017
1248845 / 43155