IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## EXHIBITS TO JOINT CLAIM CONSTRUCTION CHART

## VOLUME II of III

### Exhibits B1 to B8

| | |
|---|---|
| David E. Moore (#3983) | John G. Day (#2403) |
| Bindu A. Palapura (#5370) | Andrew C. Mayo (#5207) |
| Stephanie E. O'Byrne (#4446) | ASHBY-GEDDES |
| POTTER ANDERSON & CORROON LLP | 500 Delaware Avenue, 8th Floor |
| Hercules Plaza, 6th Floor | P.O. Box 1150 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | Tel: (302) 654-1888 |
| Tel: (302) 984-6000 | jday@ashby-geddes.com |
| dmoore@potteranderson.com | amayo@ashby-geddes.com |
| bpalapura@potteranderson.com | |
| sobyrne@potteranderson.com | OF COUNSEL: |
| OF COUNSEL: | J. David Hadden |
| | Saina S. Shamilov |
| John M. Desmarais | Phillip J. Haack |
| Jon T. Hohenthaner | Adam M. Lewin |
| Karim Oussayef | FENWICK & WEST LLP |
| Laurie N. Stempler | San Francisco, CA 94104 |
| Robert C. Harrits | |
| Elizabeth Kimmel | *Attorneys for Defendant* |
| Michael J. X. Matulewicz-Crowley | |
| Brian D. Matty | |
| DESMARAIS LLP | |
| New York, NY 10169 | |

*Attorneys for Plaintiff*

Dated: March 24, 2017
1248845 / 43155