# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Elizabeth Kimmel, formerly of Desmarais LLP, 230 Park Avenue, New York, NY 10169, hereby withdraws her appearance as counsel for Plaintiff International Business Machines Corporation. All other attorneys involved in the case from Desmarais LLP and Potter Anderson & Corroon LLP will continue to represent Plaintiff.

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Michael J. X. Matulewicz-Crowley
Brian D. Matty
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Dated:  April 6, 2017
1249879 / 43155

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*