IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline for the parties to submit their technology tutorials in this matter is extended through and including April 24, 2017.

| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Bindu A. Palapura* | */s/ John G. Day* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of April, 2017.

_____
Chief Judge

{01203083;v1 }