

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

April 24, 2017

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:   *International Business Machines Corporation v. Groupon, Inc.*,
              C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

    Pursuant to the Scheduling Order in the above-referenced action, enclosed please find two (2) DVD's containing Plaintiff's International Business Machines Corporation Technology Tutorial.

    Please let us know if there are any technical difficulties with the tutorial, or if Your Honor has any other questions.

                                                Respectfully,

                                               */s/ Bindu A. Palapura*

                                               Bindu A. Palapura

BAP:sjh
5109460 / 43155

Enclosure
  cc:   Clerk of Court (via hand delivery, w/encl.)
           Counsel of Record (via electronic mail, w/o encl.)
           John G. Day, Esquire (via hand delivery, w/encl.)
           J. David Hadden, Esquire (via federal express, w/encl.)