# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 24, 2017

The Honorable Leonard P. Stark  VIA HAND DELIVERY
United States District Court  and ELECTRONIC FILING
844 N. King Street
Wilmington, DE 19801

    Re:   *International Business Machines Corporation v. Groupon, Inc.,*
           C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

    Pursuant to paragraph 11 of the Scheduling Order in the above-referenced matter, enclosed please find two copies of a DVD containing Defendant's technology tutorial. If the Court experiences any difficulties in viewing this presentation, please let us know and we will be happy to assist.

                              Respectfully,

                              */s/ Andrew C. Mayo*

                              Andrew C. Mayo (#5207)

ACM/nlm

Enclosure

cc: David E. Moore, Esquire (via hand delivery w/enclosure)

{01205602;v1 }