

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

May 5, 2017

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    *International Business Machines Corporation v. Groupon, Inc.,*
                C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

    Pursuant to Paragraph 14 of the Court's Scheduling Order (D.I. 17) the parties to the above-captioned matter write to inform the Court about certain issues related to the June 5, 2017 claim construction hearing.

    First, the parties hereby notify the Court that neither party requests leave to present testimony at the claim construction hearing.

    Second, the parties respectfully request a total of 120 minutes (60 minutes per side) for the claim construction hearing.

                                              Respectfully yours,

                                              */s/ Bindu A. Palapura*

                                              Bindu Palapura

BAP/mah/5154128/41355
cc:      Clerk of the Court (via hand delivery)
           Counsel of Record (via electronic mail)