# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 11, 2017 upon the following attorneys of record at the following addresses as indicated:

IBM'S FIRST SET OF REQUESTS FOR ADMISSION TO GROUPON (NOS. 1-7)

IBM'S SECOND SET OF REQUESTS TO GROUPON FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 84-141)

## VIA ELECTRONIC MAIL

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
555 California Street, 12thFloor
San Francisco, CA 94104
dhadden@fenwick.com
sshamilov@fenwick.com
phaack@fenwick.com
alewin@fenwick.com
Groupon_IBM_Service@fenwick.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

| | |
|---|---|
| OF COUNSEL: | By:  */s/ Stephanie E. O'Byrne* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE 19801 |
| Michael J. X. Matulewicz-Crowley | Tel: (302) 984-6000 |
| Brian D. Matty | dmoore@potteranderson.com |
| DESMARAIS LLP | bpalapura@potteranderson.com |
| 230 Park Avenue | sobyrne@potteranderson.com |
| New York, NY 10169 | |
| Tel: (212) 351-3400 | *Attorneys for Plaintiff International Business Machines Corporation* |

Dated: May 12, 2017
5160243 / 43155