# EXHIBIT A



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.  cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                                        96-42529
                                                          CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17181920RMcN97

1 a : to separate from or take leave of someone   b : to take leave of one another   2 : to become separated into parts   3 a : to go away : DEPART   b : DIE   4 : to become separated, detached, or broken   5 : to relinquish possession or control ⟨hated to ~ with that money⟩ ~ vt   1 a : to divide into parts   b : to separate by combing on each side of a line   c : to break or suffer the breaking of (as a rope or anchor chain)   2 : to divide into shares and distribute : APPORTION   3 a : to remove from contact or association ⟨if aught but death ~ thee and me —Ruth 1:17(AV)⟩   b : to keep separate ⟨the narrow channel that ~s England from France⟩   c : to hold (as brawlers) apart   d : to separate by a process of extraction, elimination, or secretion   4 a archaic : LEAVE, QUIT   b dial Brit : RELINQUISH, GIVE UP   **syn** see SEPARATE
³**part** adv (1513) : PARTLY
⁴**part** adj (1818) : PARTIAL 1
**par·take** \pär-'tāk, pər-\ vb **-took** \-'tuk\; **-tak·en** \-'tā-kən\; **-tak·ing** [back-formation fr. partaker, alter. of part taker] vi (ca. 1585)   1 : to take part in or experience something along with others ⟨~ in the revelry⟩ ⟨~ of the good life⟩   2 : to have a portion (as of food or drink)   3 : to possess or share a certain nature or attribute ⟨the experience ~s of a mystical quality⟩ ~ vt : to take part in   **syn** see SHARE — **par·tak·er** n
**part and parcel** n (15c) : an essential or integral component ⟨stress was part and parcel of the job⟩
**part·ed** \'pär-təd\ adj (1590)   1 a : divided into parts   b : cleft so that the divisions reach nearly but not quite to the base — usu. used in combination ⟨a 3-parted corolla⟩   2 archaic : DEAD
**par·terre** \pär-'ter\ n [F, fr. MF, fr. par terre on the ground] (ca. 1639)   1 : an ornamental garden with paths between the beds   2 : the part of the main floor of a theater that is behind the orchestra; esp : PARQUET CIRCLE
**par·the·no·car·py** \'pär-thə-nō-,kär-pē\ n [ISV, fr. Gk parthenos virgin + karpos fruit — more at HARVEST] (1911) : the production of fruits without fertilization ⟨bananas set fruit by ~ and without pollination⟩ — **par·the·no·car·pic** \,pär-thə-nō-'kär-pik\ adj
**par·the·no·gen·e·sis** \,pär-thə-nō-'je-nə-səs\ n [NL, fr. Gk parthenos + L genesis genesis] (1849) : reproduction by development of an unfertilized usu. female gamete that occurs esp. among lower plants and invertebrate animals
**par·the·no·ge·net·ic** \-jə-'ne-tik\ adj (1872) : of, characterized by, or produced by parthenogenesis — **par·the·no·ge·net·i·cal·ly** \-ti-k(ə-)lē\ adv
**Par·the·non** \'pär-thə-,nän\ n [L, fr. Gk Parthenōn] (ca. 1841) : a Doric temple of Athena built on the acropolis at Athens in the 5th century B.C.
**Par·thi·an** \'pär-thē-ən\ adj (1579)   1 : of, relating to, or characteristic of ancient Parthia or its people   2 : relating to, being, or having the effect of a shot fired while in real or feigned retreat — **Parthian** n
¹**par·tial** \'pär-shəl\ adj [ME parcial, fr. MF partial, fr. ML partialis, fr. LL, of a part, fr. L part-, pars part] (14c)   1 : of or relating to a part rather than the whole : not general or total ⟨a ~ solution⟩   2 : inclined to favor one party more than the other : BIASED   3 : markedly fond of someone or something — used with to ⟨~ to pizza⟩
²**partial** n (1880) : OVERTONE 1a
**partial denture** n (1860) : a usu. removable artificial replacement of one or more teeth
**partial derivative** n (1889) : the derivative of a function of several variables with respect to one of them and with the remaining variables treated as constants
**partial differential equation** n (1889) : a differential equation containing at least one partial derivative
**partial differentiation** n (ca. 1890) : the process of finding a partial derivative
**partial fraction** n (1816) : one of the simpler fractions into the sum of which the quotient of two polynomials may be decomposed
**par·tial·i·ty** \,pär-shē-'a-lə-tē, pär-'sha-lə-tē\ n, pl **-ties** (15c)   1 : the quality or state of being partial : BIAS   2 : a special taste or liking
**par·tial·ly** \'pär-sh(ə-)lē\ adv (15c)   1 archaic : in a biased manner : with partiality   2 : to some extent : in some degree
**partially ordered** adj (1941) : having some or all elements connected by a relation that is reflexive, transitive, and antisymmetric
**partial pressure** n (1857) : the pressure exerted by a (specified) component in a mixture of gases
**partial product** n (ca. 1924) : a product obtained by multiplying a multiplicand by one digit of a multiplier having more than one digit
**par·ti·ble** \'pär-ti-bəl\ adj (14c) : capable of being parted : DIVISIBLE ⟨a ~ inheritance⟩ — **par·ti·bil·i·ty** \,pär-tə-'bi-lə-tē\ n
**par·tic·i·pant** \pär-'ti-sə-pənt, pər-\ n (1562) : one that participates — **participant** adj
**par·tic·i·pate** \pär-'ti-sə-,pāt, pər-\ vb **-pat·ed**; **-pat·ing** [L participatus, pp. of participare, fr. particip-, particeps participant, fr. part-, pars part + capere to take — more at HEAVE] vt (1531) archaic : PARTAKE ~ vi   1 : to possess some of the attributes of a person, thing, or quality   2 a : to take part ⟨always tried to ~ in class discussions⟩   b : to have a part or share in something   **syn** see SHARE — **par·tic·i·pa·tor** \-,pā-tər\ n
**par·tic·i·pa·tion** \(,)pär-,ti-sə-'pā-shən, pər-\ n (14c)   1 : the act of participating   2 : the state of being related to a larger whole
**par·tic·i·pa·tion·al** \-'pā-shnəl, -'pā-shə-n³l\ adj (1959) : PARTICIPATORY
**par·tic·i·pa·tive** \pär-'ti-sə-pə-tiv, pər-, -,pā-tiv\ adj (1951) : relating to or involving participation; esp : of, relating to, or being a style of management in which subordinates participate in decision making
**par·tic·i·pa·to·ry** \pär-'ti-sə-pə-,tōr-ē, pər-, -,tōr-\ adj (1881) : characterized by or involving participation; esp : providing the opportunity for individual participation ⟨~ democracy⟩
**par·ti·cip·i·al** \,pär-tə-'si-pē-əl\ adj [L participialis, fr. participium] (1591) : of, relating to, or formed with or from a participle — **par·ti·cip·i·al·ly** \-pē-ə-lē\ adv
**par·ti·ci·ple** \'pär-tə-,si-pəl\ n [ME, fr. MF, modif. of L participium, fr. particip-, particeps] (14c) : a word having the characteristics of both verb and adjective; esp : an English verbal form that has the function of an adjective and at the same time shows such verbal features as tense and voice and capacity to take an object
**par·ti·cle** \'pär-ti-kəl\ n [ME, fr. L particula, fr. dim. of part-, pars]

(14c)   1 a : a minute quantity or fragment   b : a relatively small or the smallest discrete portion or amount of something   2 archaic : a clause or article of a composition or document   3 : any of the basic units of matter and energy (as a molecule, atom, proton, electron, or photon)   4 : a unit of speech expressing some general aspect of meaning or some connective or limiting relation and including the articles, most prepositions and conjunctions, and some interjections and adverbs ⟨the ~ up has a perfective meaning in phrases such as beat up and cut up⟩   5 : a small eucharistic wafer distributed to a Roman Catholic layman at Communion
**particle accelerator** n (1946) : ACCELERATOR d
**par·ti·cle·board** \-,bōrd, -,bȯrd\ n (ca. 1957) : a composition board made of very small pieces of wood bonded together
**particle physics** n (1946) : a branch of physics dealing with the constitution, properties, and interactions of elementary particles esp. as revealed in experiments using particle accelerators — called also high-energy physics — **particle physicist** n
**par·ti-col·or** \'pär-tē-,kə-lər\ or **par·ti-col·ored** \-lərd\ adj [obs. E party parti-color, fr. ME parti, fr. MF, striped, fr. pp. of partir to divide] (1535) : showing different colors or tints; esp : having a predominant color broken by patches of one or more other colors ⟨~ setters⟩ — **parti-color** n
¹**par·tic·u·lar** \pə(r)-'ti-kyə-lər, -k(ə-)lər\ adj [ME particuler, fr. MF, fr. LL particularis, fr. L particula small part] (14c)   1 : of, relating to, or being a single person or thing ⟨the ~ person I had in mind⟩   2 obs : PARTIAL   3 : of, relating to, or concerned with details ⟨gave us a very ~ account of the trip⟩   4 a : distinctive among other examples or cases of the same general category : notably unusual ⟨suffered from measles of ~ severity⟩   b : being one unit or element among others ⟨~ incidents in a story⟩   5 a : denoting an individual member or subclass in logic   b : affirming or denying a predicate to a part of the subject — used of a proposition in logic ⟨"some men are wise" is a ~ affirmative⟩   6 a : concerned over or attentive to details : METICULOUS ⟨a very ~ gardener⟩   b : nice in taste : FASTIDIOUS   c : hard to please : EXACTING   **syn** see CIRCUMSTANTIAL, SPECIAL
²**particular** n (15c)   1 archaic : a separate part of a whole   2 a : an individual fact, point, circumstance, or detail   b : a specific item or detail of information or news ⟨bill of ~s⟩   3 a : an individual or a specific subclass (as in logic) falling under some general concept or term   b : a particular proposition in logic   **syn** see ITEM — **in particular** : in distinction from others : SPECIFICALLY
**par·tic·u·lar·ise** Brit var of PARTICULARIZE
**par·tic·u·lar·ism** \pə(r)-'ti-k(yə-)lə-,ri-zəm also pär-\ n (1824)   1 : exclusive or special devotion to a particular interest   2 : a political theory that each political group has a right to promote its own interests and esp. independence without regard to the interests of larger groups   3 : a tendency to explain complex social phenomena in terms of a single causative factor — **par·tic·u·lar·ist** \-rist\ n or adj — **par·tic·u·lar·is·tic** \-,ti-k(yə-)lə-'ris-tik\ adj
**par·tic·u·lar·i·ty** \pə(r)-,ti-kyə-'lar-ə-tē also (,)pär-\ n, pl **-ties** (1528)   1 a : a minute detail : PARTICULAR   b : an individual characteristic : PECULIARITY; also : SINGULARITY   2 : the quality or state of being particular as distinguished from universal   3 a : attentiveness to detail : EXACTNESS   b : the quality or state of being fastidious in behavior or expression
**par·tic·u·lar·i·za·tion** \-,ti-k(yə-)lə-rə-'zā-shən\ n (1657) : the act of particularizing : the condition of being particularized
**par·tic·u·lar·ize** \pə(r)-'ti-k(yə-)lə-,rīz also pär-\ vb **-ized**; **-iz·ing** vt (1593) : to state in detail : SPECIFY ~ vi : to go into details
**par·tic·u·lar·ly** \pə(r)-'ti-kyə-(lər-)lē, -kyə-lə-lē; pə(r)-'ti-k(ə-)lē; also pär-\ adv (14c)   1 : in a particular manner : in detail   2 : to an unusual degree   3 : in particular : SPECIFICALLY
¹**par·tic·u·late** \pär-'ti-kyə-lət also -,lāt\ adj [L particula] (1871) : of or relating to minute separate particles
²**particulate** n (1942) : a particulate substance
**particulate inheritance** n (1889) : inheritance of characters specif. transmitted by genes in accord with Mendel's laws
¹**part·ing** \'pär-tiŋ\ n (15c) : a place or point where a division or separation occurs — **parting of the ways**   1 : a point of separation or divergence   2 : a place or time at which a choice must be made
²**parting** adj (ca. 1577) : given, taken, or performed at parting ⟨a ~ kiss⟩
**par·ti pris** \,pär-,tē-'prē\ n, pl **partis pris** \-,tē-'prē(z)\ [F, lit., side taken] (1860) : a preconceived opinion : PREJUDICE — **parti pris** adj
¹**par·ti·san** also **par·ti·zan** \'pär-tə-zən, -sən, -,zan, chiefly Brit ,pär-tə-'zan\ n [MF partisan, fr. OIt partigiano, fr. parte part, party, fr. L part-, pars part] (1555)   1 : a firm adherent to a party, faction, cause, or person; esp : one exhibiting blind, prejudiced, and unreasoning allegiance   2 a : a member of a body of detached light troops making forays and harassing an enemy   b : a member of a guerrilla band operating within enemy lines   **syn** see FOLLOWER — **partisan** adj — **par·ti·san·ly** \-lē\ adv — **par·ti·san·ship** \-,ship\ n
²**par·ti·san** or **par·ti·zan** \'pär-tə-zən, -sən\ n [MF partisane, fr. OIt partigiana, fem. of partigiano] (1556) : a weapon of the 16th and 17th centuries with long shaft and broad blade
**par·ti·ta** \pär-'tē-tə\ n [It, fr. partire to divide, fr. L — more at PART] (1880)   1 : VARIATION 4   2 : SUITE 2b(1)
**par·tite** \'pär-,tīt\ adj [L partitus, fr. pp. of partire] (ca. 1570) : divided into a usu. specified number of parts   2 : PARTED 1b ⟨a ~ leaf⟩
¹**par·ti·tion** \pär-'ti-shən, pər-\ n (15c)   1 : the action of parting : the state of being parted : DIVISION   2 : something that divides; esp : an interior dividing wall   3 : one of the parts or sections of a whole
²**partition** vt (1741)   1 a : to divide into parts or shares   b : to divide (as a country) into two or more territorial units having separate political status   2 : to separate or divide by a partition (as a wall) — often used with off — **par·ti·tion·er** \-'ti-sh(ə-)nər\ n

\ə\ abut   \ᵊ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\aú\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \th\ the   \ü\ loot   \ù\ foot
\y\ yet   \zh\ vision   \ä, k̟, ⁿ, œ, œ̄, ue, ūe, ᵞ\ see Guide to Pronunciation

# EXHIBIT B

# FILED UNDER SEAL

## PURSUANT TO PROTECTIVE ORDER DATED OCTOBER 31, 2016

# REDACTED IN ITS ENTIRETY

{00925327;v1 }