# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO
## FILE AN AMENDED COMPLAINT

Plaintiff International Business Machines Corporation ("IBM") respectfully moves for leave to file an Amended Complaint to add LivingSocial, Inc. as a party to this action. The grounds for this motion are set forth in IBM's letter brief submitted herewith.

Pursuant to D. Del. LR 15.1, a copy of the Amended Complaint is attached hereto as Exhibit 1, and a document showing a redline of the amendments against the prior pleading is attached as Exhibit 2. Pursuant to D. Del. LR 7.1.1, counsel for the parties conferred, and Defendant will oppose this Motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Michael J. X. Matulewicz-Crowley
Brian D. Matty
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Dated: May 19, 2017
5197039 / 43155

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2017, having considered Plaintiff's Motion for Leave to File an Amended Complaint;

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

_____
Leonard P. Stark, Chief Judge

5197039 / 43155