**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | C.A. No. 16-122-LPS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GROUPON, INC. ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2017, having considered Plaintiff's Motion for Leave to File an Amended Complaint;

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

                                                                                                   _____
                                                                                                    Leonard P. Stark, Chief Judge

5197039 / 43155