

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

May 19, 2017

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:   *International Business Machines Corporation v. Groupon. Inc.,* C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

    The parties in the above-referenced matter, Plaintiff International Business Machines Corporation ("IBM") and Defendant Groupon, Inc. ("Groupon"), write to request the scheduling of a discovery teleconference, pursuant to paragraph 8g of the Court's Scheduling Order.  (D.I. 17).  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confer sessions by telephone, including on February 23, 2017, March 31, 2017, and May 15, 2017, and made efforts to further confer but are at an impasse.

    Delaware Counsel:
    Alan Silverstein for IBM
    Bindu Palapura for IBM
    John Day for Groupon

    Lead Counsel:
    Karim Z. Oussayef for IBM
    Elizabeth Kimmel for IBM
    Robert Harrits for IBM
    Jessica Benzler for Groupon
    Phillip Haack for Groupon
    Sapna Mehta for Groupon

The disputes requiring judicial attention are listed below:

- IBM seeks to compel Groupon to produce internal financial and sales documents including those sufficient to identify Groupon's revenue, costs, and profit associated with any categories or channels of each of the accused instrumentalities that Groupon uses to track sales or transactions (such as Local, Travel, and Goods) and, within those categories

The Honorable Leonard P. Stark
May 19, 2017
Page 2

       or channels, sufficient to distinguish U.S. revenue, costs, and profit from other non-U.S. revenue, costs and profit, on a monthly basis from 2010 to the present.

       Respectfully yours,

       */s/ Bindu A. Palapura*

       Bindu Palapura

BAP/msb/5197075/43155
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)