# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 16-122-LPS<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GROUPON, INC. | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 19, 2017, upon the following attorneys of record as indicated below:

**IBM'S SECOND AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS, INCLUDING THE ADDITIONAL EXHIBITS REFERENCED IN THE COVER PLEADING (EXHIBITS H-L)**

**IBM'S AMENDED PRELIMINARY IDENTIFICATION OF ACCUSED PRODUCTS**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day<br>Ashby-Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>Sapna S. Mehta<br>Fenwick & West LLP<br>555 California Street, 12thFloor<br>San Francisco, CA 94104<br>dhadden@fenwick.com<br>sshamilov@fenwick.com<br>phaack@fenwick.com<br>alewin@fenwick.com<br>smehta@fenwick.com<br>Groupon_IBM_Service@fenwick.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | |
| Jon T. Hohenthaner | By:  /s/ Bindu A. Palapura |
| Karim Oussayef | David E. Moore (#3983) |
| Laurie N. Stempler | Bindu A. Palapura (#5370) |
| Robert C. Harrits | Stephanie E. O'Byrne (#4446) |
| Michael J. X. Matulewicz-Crowley | Hercules Plaza, 6th Floor |
| Brian D. Matty | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE  19801 |
| 230 Park Avenue | Tel:  (302) 984-6000 |
| New York, NY  10169 | dmoore@potteranderson.com |
| Tel:  (212) 351-3400 | bpalapura@potteranderson.com |
| | sobyrne@potteranderson.com |
| Dated:  May 23, 2017 | |
| 5198487 / 43155 | *Attorneys for Plaintiff International Business Machines Corporation* |