IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## **STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline for defendant Groupon, Inc. to serve and file its response to plaintiff International Business Machines Corporation's motion for leave to file an amended complaint in this action (D.I. 76) is extended through and including Tuesday May 30, 2017.

| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Bindu A. Palapura* | */s/ John G. Day* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br><br>*Attorneys for Defendant* |

*Attorneys for Plaintiff*

SO ORDERED this _____ day of May, 2017.

_____
Chief Judge

{01215448;v1 }