## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF ADAM M. LEWIN IN OPPOSITION TO IBM'S LETTER REQUESTING LEAVE TO AMEND ITS COMPLAINT

I, Adam M. Lewin, declare that:

1. I am an associate with the law firm of Fenwick & West LLP, counsel of record for Defendant Groupon, Inc. ("Groupon") in the above-captioned matter, and I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, and, if called upon as a witness, I could competently testify to the truth of each statement herein.

2. I make this Declaration in opposition to IBM's Letter Requesting Leave to Amend Its Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by IBM bearing bates numbers IBM-GROUPON00087694. (Filed Under Seal).

4. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by IBM bearing bates numbers IBM-GROUPON00087726. (Filed Under Seal).

5. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by IBM bearing bates numbers IBM-GROUPON00087719. (Filed Under Seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

{01215891;v1 }   1

Executed on May 30, 2017, in San Francisco, California.

                                              */s/Adam M. Lewin*
                                              Adam M. Lewin

# EXHIBIT 1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY