**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) GROUPON, INC., ) ) Defendant. ) | C.A. No. 16-122-LPS-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of June, 2017, **DEFENDANT GROUPON, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1 – 7)** and **DEFENDANT GROUPON, INC.'S RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 84-141)** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| John M. Desmarais, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169 | VIA ELECTRONIC MAIL |

{01119699;v1 }

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | /s/ *John G. Day* |
| J. David Hadden | _____ |
| Saina S. Shamilov | John G. Day (#2403) |
| Phillip J. Haack | Andrew C. Mayo (#5207) |
| Adam M. Lewin | 500 Delaware Avenue, 8th Floor |
| FENWICK & WEST LLP | P.O. Box 1150 |
| Silicon Valley Center | Wilmington, DE 19899 |
| 801 California Street, 12th Floor | (302) 654-1888 |
| Mountain View, CA 94041 | jday@ashbygeddes.com |
| (650) 988-8500 | amayo@ashbygeddes.com |
| | *Attorneys for Defendant Groupon, Inc.* |
| Dated: June 13, 2017 | |