# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 11, 2017, upon the following attorneys of record as indicated below:

IBM'S THIRD SET OF INTERROGATORIES TO GROUPON (NOS. 12–19)

**VIA ELECTRONIC MAIL**

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
555 California Street, 12thFloor
San Francisco, CA 94104
dhadden@fenwick.com
sshamilov@fenwick.com
phaack@fenwick.com
alewin@fenwick.com
Groupon_IBM_Service@fenwick.com

2

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
| | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Jon T. Hohenthaner | Stephanie E. O'Byrne (#4446) |
| Karim Oussayef | Hercules Plaza, 6th Floor |
| Laurie N. Stempler | 1313 N. Market Street |
| Robert C. Harrits | Wilmington, DE 19801 |
| Brian D. Matty | Tel: (302) 984-6000 |
| Michael Matulewicz-Crowley | dmoore@potteranderson.com |
| DESMARAIS LLP | bpalapura@potteranderson.com |
| 230 Park Avenue | sobyrne@potteranderson.com |
| New York, NY 10169 | |
| Tel: (212) 351-3400 | *Attorneys for Plaintiff International Business Machines Corporation* |

Dated: July 11, 2017
5306691 / 43155

2