# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 16-122-LPS-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2017, **FIRST AMENDED INITIAL DISCLOSURES OF DEFENDANT GROUPON, INC.** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                                     VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                                  VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA 94041
(650) 988-8500

Dated: July 17, 2017

ASHBY & GEDDES

/s/ *John G. Day*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*