IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 16-122-LPS-CJB<br>) |
| GROUPON, INC., | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2017, **DEFENDANT GROUPON, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1 – 7)** and **DEFENDANT GROUPON, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 87, 104, 105, 108-111, 113, 119, 120, 126, 133, AND 134)** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire          VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire         VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

| | ASHBY & GEDDES |
|---|---|
| | /s/ *John G. Day* |
| *Of Counsel:* | _____ |
| | John G. Day (#2403) |
| J. David Hadden | Andrew C. Mayo (#5207) |
| Saina S. Shamilov | 500 Delaware Avenue, 8th Floor |
| Phillip J. Haack | P.O. Box 1150 |
| Adam M. Lewin | Wilmington, DE 19899 |
| FENWICK & WEST LLP | (302) 654-1888 |
| Silicon Valley Center | jday@ashbygeddes.com |
| 801 California Street, 12th Floor | amayo@ashbygeddes.com |
| Mountain View, CA 94041 | |
| (650) 988-8500 | *Attorneys for Defendant Groupon, Inc.* |

Dated: July 18, 2017