IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of July, 2017, **DEFENDANT GROUPON, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S FIRST AND SECOND SETS OF INTERROGATORIES (NOS. 7 AND 10)** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire      VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire     VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

{01119699;v1 }

| | ASHBY & GEDDES |
|---|---|
| | /s/ *John G. Day* |
| *Of Counsel:* | _____ |
| | John G. Day (#2403) |
| J. David Hadden | Andrew C. Mayo (#5207) |
| Saina S. Shamilov | 500 Delaware Avenue, 8th Floor |
| Phillip J. Haack | P.O. Box 1150 |
| Adam M. Lewin | Wilmington, DE 19899 |
| FENWICK & WEST LLP | (302) 654-1888 |
| Silicon Valley Center | jday@ashbygeddes.com |
| 801 California Street, 12th Floor | amayo@ashbygeddes.com |
| Mountain View, CA 94041 | |
| (650) 988-8500 | *Attorneys for Defendant Groupon, Inc.* |

Dated: July 28, 2017