# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Plaintiff International Business Machines Corporation and Defendant Groupon, Inc. jointly stipulate, subject to the approval of the Court, that the schedule set forth in this Court's Scheduling Order (D.I. 17) is amended as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Plaintiff's Final Infringement Contentions | July 28, 2017 | August 25, 2017 |
| Defendant's Final Invalidity Contentions | August 28, 2017 | September 25, 2017 |

The parties jointly stipulate that all other deadlines and provisions in the Scheduling Order remain unchanged.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | By: */s/ John G. Day*<br>John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>jday@ashbygeddes.com<br><br>*Attorneys for Defendant Groupon, Inc.* |

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: July 28, 2017
5325662/43155

IT IS SO ORDERED, this ____ day of _____, 2017.

_____
Leonard P. Stark, Chief Judge