# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, : : : Plaintiff, : : v. : C.A. No. 16-122-LPS : GROUPON, INC., : : Defendant. : | |

## ORDER

At Wilmington, this **3rd** day of **August, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the disputed claim terms of U.S. Patent Nos. 5,796,967; 7,072,849; 5,961,601; and 7,631,346 are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **a first partition for presenting applications** [claim 1 of the '967 patent] | a first area for presenting applications |
| **a second partition for presenting a plurality of command functions** [claim 1 of the '967 patent] | a second area for presenting a plurality of command functions |

| | |
|---|---|
| **structuring applications so that they may be presented through the network at a first portion of one or more screens of display / structuring applications so that they may be presented at a first portion of one or more screens of display**<br><br>[claims 1 and 13 of the '849 patent] | formatting applications so that they may be presented through the network at a first area of one or more screens of display / formatting applications so that they may be presented at a first area of one or more screens of display |
| **at a second portion of one or more screens of display concurrently with applications**<br><br>[claims 1 and 13 of the '849 patent] | at a second area of one or more screens of display concurrently with applications |
| **object(s)**<br><br>[claims 1, 2-4, 12, and 17 of the '967 patent; claims 1-3 and 13-16 of the '849 patent] | data structure(s) |
| **selectively storing advertising objects at a store established at the reception system**<br><br>[claims 1, 13 and 14 of the '849 patent] | pre-fetching advertising objects and storing at a store established at the reception system in anticipation of display concurrently with the applications |
| **continuation(s)**<br><br>[claims 1, 3, 6, 8, 11-12, 51, 53, and 56-57 of the '601 patent] | a new request which a client may send to a server, such as, for example, a hyperlink |
| **all continuations in an output from said service**<br><br>[claims 1 and 51 of the '601 patent] | all new requests which a client may send to a server, such as, for example, a hyperlink, in an output from said service |

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE