**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2017, **NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION** and **DEFENDANT GROUPON, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                                                  <u>VIA HAND DELIVERY</u>
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | /s/ *John G. Day* |
| J. David Hadden | _____ |
| Saina S. Shamilov | John G. Day (#2403) |
| Phillip J. Haack | Andrew C. Mayo (#5207) |
| Adam M. Lewin | 500 Delaware Avenue, 8th Floor |
| FENWICK & WEST LLP | P.O. Box 1150 |
| Silicon Valley Center | Wilmington, DE 19899 |
| 801 California Street, 12th Floor | (302) 654-1888 |
| Mountain View, CA 94041 | jday@ashbygeddes.com |
| (650) 988-8500 | amayo@ashbygeddes.com |
|  | *Attorneys for Defendant Groupon, Inc.* |

Dated: August 4, 2017