# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on August 9, 2017 upon the following attorneys of record at the following addresses as indicated:

IBM'S FOURTH SET OF INTERROGATORIES TO GROUPON (NOS. 20–25)

IBM'S SECOND SET OF REQUESTS FOR ADMISSION TO GROUPON (NOS. 8-25)

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day<br>Andrew C. Mayo<br>Ashby-Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>FENWICK & WEST LLP<br>555 California Street, 12thFloor<br>San Francisco, CA 94104<br>dhadden@fenwick.com<br>sshamilov@fenwick.com<br>phaack@fenwick.com<br>alewin@fenwick.com<br>Groupon_IBM_Service@fenwick.com |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jon T. Hohenthaner<br>Karim Oussayef<br>Laurie N. Stempler<br>Robert C. Harrits<br>Brian D. Matty<br>Michael Matulewicz-Crowley<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>Tel:  (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>　　　David E. Moore (#3983)<br>　　　Bindu A. Palapura (#5370)<br>　　　Stephanie E. O'Byrne (#4446)<br>　　　Hercules Plaza, 6th Floor<br>　　　1313 N. Market Street<br>　　　Wilmington, DE  19801<br>　　　Tel:  (302) 984-6000<br>　　　dmoore@potteranderson.com<br>　　　bpalapura@potteranderson.com<br>　　　sobyrne@potteranderson.com |
| Dated:  August 9, 2017<br>5361502 / 43155 | *Attorneys for Plaintiff International Business Machines Corporation* |