**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 16-122-LPS-CJB

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of August, 2017, **DEFENDANT GROUPON, INC.'S RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S THIRD SET OF INTERROGATORIES (NOS. 12 – 19)** were served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire　　　　　　　　　　　　VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

{01119699;v1 }

|  | ASHBY & GEDDES |
|---|---|
|  | /s/ *John G. Day* |
| *Of Counsel:* | _____ |
|  | John G. Day (#2403) |
| J. David Hadden | Andrew C. Mayo (#5207) |
| Saina S. Shamilov | 500 Delaware Avenue, 8th Floor |
| Phillip J. Haack | P.O. Box 1150 |
| Adam M. Lewin | Wilmington, DE  19899 |
| FENWICK & WEST LLP | (302) 654-1888 |
| Silicon Valley Center | jday@ashbygeddes.com |
| 801 California Street, 12th Floor | amayo@ashbygeddes.com |
| Mountain View, CA  94041 |  |
| (650) 988-8500 | *Attorneys for Defendant Groupon, Inc.* |

Dated:  August 11, 2017