## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 16-122-LPS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| GROUPON, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on August 16, 2017, upon the following attorneys of record

as indicated below:

**IBM'S NOTICE OF 30(B)(1) DEPOSITION OF JAN KREMS**

**IBM'S NOTICE OF 30(B)(1) DEPOSITION OF VAROON SUD**


**VIA ELECTRONIC MAIL**

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

Sapna Mehta
Fenwick & West LLP
555 California Street, 12thFloor
San Francisco, CA 94104
smehta@fenwick.com
Groupon_IBM_Service@fenwick.com

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400


Dated:  August 17, 2017
5368580 / 43155

POTTER ANDERSON & CORROON LLP


By: */s/ Bindu A. Palapura*
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Stephanie E. O'Byrne (#4446)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business
Machines Corporation*