**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 16-122-LPS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| GROUPON, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 17, 2017, upon the following attorneys of record as indicated below:

**IBM'S NOTICE OF 30(B)(1) DEPOSITION OF JASON CARLISLE**

### VIA ELECTRONIC MAIL

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
555 California Street, 12thFloor
San Francisco, CA 94104
dhadden@fenwick.com
sshamilov@fenwick.com
phaack@fenwick.com
alewin@fenwick.com
Groupon_IBM_Service@fenwick.com

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

Dated:  August 17, 2017
5368594 / 43155

*Attorneys for Plaintiff International Business Machines Corporation*