# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 23, 2017, upon the following attorneys of record as indicated below:

**IBM'S OBJECTIONS AND RESPONSES TO DEFENDANT'S NOTICE OF RULE 30(B)(6) DEPOSITION TO IBM**

## VIA ELECTRONIC MAIL

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

Phillip J. Haack
Sapna S. Mehta
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
phaack@fenwick.com
smehta@fenwick.com
Groupon_IBM_Service@fenwick.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Jon T. Hohenthaner | David E. Moore (#3983) |
| Karim Oussayef | Bindu A. Palapura (#5370) |
| Laurie N. Stempler | Stephanie E. O'Byrne (#4446) |
| Robert C. Harrits | Hercules Plaza, 6th Floor |
| Brian D. Matty | 1313 N. Market Street |
| Michael Matulewicz-Crowley | Wilmington, DE 19801 |
| DESMARAIS LLP | Tel: (302) 984-6000 |
| 230 Park Avenue | dmoore@potteranderson.com |
| New York, NY 10169 | bpalapura@potteranderson.com |
| Tel: (212) 351-3400 | sobyrne@potteranderson.com |
| | |
| Dated: August 24, 2017 | *Attorneys for Plaintiff International Business Machines Corporation* |
| 5374077 / 43155 | |