

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

August 25, 2017

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    *International Business Machines Corporation v. Groupon, Inc.*
             C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

The parties in the above-referenced matter, Plaintiff International Business Machines Corporation ("IBM") and Defendant Groupon, Inc. ("Groupon"), write to request the scheduling of a discovery teleconference, pursuant to paragraph 8g of the Court's Scheduling Order. (D.I. 17). The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confer sessions by telephone on August 11, 2017 and made efforts to further confer but are at an impasse.

<u>Delaware Counsel</u>:
Bindu Palapura for IBM
John Day for Groupon

<u>Lead Counsel</u>:
Robert Harrits for IBM
Adam Lewin for Groupon
Phil Haack for Groupon

<u>The disputes requiring judicial attention are listed below</u>:

- IBM seeks to preclude Groupon from sharing IBM's confidential information with Dr. James Malackowski and any other individuals employed by, related to, or having an interest in Ocean Tomo, LLC.

                                        Respectfully,

                                        */s/ Bindu A. Palapura*

                                        Bindu A. Palapura

BAPnmt/5376173/43155
   cc:     Clerk of the Court (via hand delivery)
             Counsel of Record (via electronic mail)