**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 16-122-LPS-CJB ) |
| GROUPON, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of August, 2017, **GROUPON'S NOTICE OF RULE 30(b)(1) DEPOSITION OF ROBERT FILEPP** and **GROUPON'S NOTICE OF RULE 30(b)(1) DEPOSITION OF HEATHER HINTON** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| John M. Desmarais, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169 | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | /s/ *John G. Day* |
|  | _____ |
| J. David Hadden | John G. Day (#2403) |
| Saina S. Shamilov | Andrew C. Mayo (#5207) |
| Phillip J. Haack | 500 Delaware Avenue, 8th Floor |
| Adam M. Lewin | P.O. Box 1150 |
| Sapna Mehta | Wilmington, DE  19899 |
| FENWICK & WEST LLP | (302) 654-1888 |
| Silicon Valley Center | jday@ashbygeddes.com |
| 801 California Street, 12th Floor | amayo@ashbygeddes.com |
| Mountain View, CA  94041 |  |
| (650) 988-8500 | *Attorneys for Defendant Groupon, Inc.* |

Dated: August 28, 2017