# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 29, 2017, upon the following attorneys of record as indicated below:

IBM'S OBJECTIONS AND RESPONSES TO DEFENDANT'S
SECOND NOTICE OF RULE 30(B)(6) DEPOSITION TO IBM

**VIA ELECTRONIC MAIL**

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
Jessica Kaempf
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
phaack@fenwick.com
jkaempf@fenwick.com
Groupon_IBM_Service@fenwick.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jon T. Hohenthaner<br>Karim Oussayef<br>Laurie N. Stempler<br>Robert C. Harrits<br>Brian D. Matty<br>Michael Matulewicz-Crowley<br>Brian D. Matty<br>Kevin K. McNish<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Dated: August 29, 2017<br>5377060 / 43155 | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff International Business Machines Corporation* |