IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Tron Y. Fu to represent the defendant in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fee for the above-listed attorney was submitted to the Clerk of the Court previously during this calendar year.

        ASHBY & GEDDES

        */s/ John G. Day*

        _____
        John G. Day (#2403)
        Andrew C. Mayo (#5207)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888
        jday@ashbygeddes.com
        amayo@ashbygeddes.com

        *Attorneys for Defendant Groupon, Inc.*

Dated: September 1, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS-CJB |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

This _____ day of _____, 2017, the Court having considered the motion for the admission *pro hac vice* of Tron Y. Fu to represent the defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
Chief Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Tron Y. Fu*

———————————————

Tron Y. Fu
MARSHALL, GERSTEIN AND BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated: September 1, 2017