# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 1, 2017, upon the following attorneys of record as indicated below:

PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT GROUPON, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION (NOS. 4, 8, AND 12) **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY SOURCE CODE]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day<br>Andrew C. Mayo<br>Ashby-Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>Sapna Mehta<br>Jessica Kaempf<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>dhadden@fenwick.com<br>phaack@fenwick.com<br>smehta@fenwick.com<br>jkaempf@fenwick.com<br>Groupon_IBM_Service@fenwick.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jon T. Hohenthaner<br>Karim Oussayef<br>Laurie N. Stempler<br>Robert C. Harrits<br>Brian D. Matty<br>Michael Matulewicz-Crowley<br>Brian D. Matty<br>Kevin K. McNish<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Dated: September 1, 2017<br>5380422 / 43155 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff International Business Machines Corporation* |