# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) C.A. No. 16-122-LPS ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GROUPON, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 5, 2017, upon the following attorneys of record as indicated below:

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT GROUPON, INC.'S SECOND SET OF INTERROGATORIES (NOS. 13-16)

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day | J. David Hadden |
| Andrew C. Mayo | Saina S. Shamilov |
| Ashby-Geddes | Phillip J. Haack |
| 500 Delaware Avenue, 8th Floor | Adam M. Lewin |
| P.O. Box 1150 | Fenwick & West LLP |
| Wilmington, DE 19899 | 555 California Street, 12th Floor |
| jday@ashby-geddes.com | San Francisco, CA 94104 |
| amayo@ashby-geddes.com | dhadden@fenwick.com |
| | sshamilov@fenwick.com |
| | phaack@fenwick.com |
| | alewin@fenwick.com |
| | Groupon_IBM_Service@fenwick.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jon T. Hohenthaner<br>Karim Oussayef<br>Laurie N. Stempler<br>Robert C. Harrits<br>Brian D. Matty<br>Michael Matulewicz-Crowley<br>Brian D. Matty<br>Kevin K. McNish<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Dated: September 5, 2017<br>5381662 / 43155 | By: */s/ David E. Moore*<br>  David E. Moore (#3983)<br>  Bindu A. Palapura (#5370)<br>  Stephanie E. O'Byrne (#4446)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  Wilmington, DE 19801<br>  Tel: (302) 984-6000<br>  dmoore@potteranderson.com<br>  bpalapura@potteranderson.com<br>  sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff International Business Machines Corporation* |