**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiff International Business Machines Corporation ("IBM") and Defendant Groupon, Inc. ("Groupon") jointly stipulate, subject to the approval of the Court, that the schedule set forth in this Court's Scheduling Order (D.I. 17), as amended July 31, 2017 (D.I. 118), is further amended as follows to permit the parties to accommodate all previously noticed fact depositions within the fact discovery period:

| Event | Current Date | Revised Date |
|---|---|---|
| Close of fact discovery | September 8, 2017 | September 15, 2017 |
| Opening expert reports | September 29, 2017 | October 6, 2017 |
| Rebuttal expert reports | October 27, 2017 | November 3, 2017 |
| Reply expert reports | November 17, 2017 | November 22, 2017 |

All other deadlines and provisions in the Scheduling Order (D.I. 17) remain unchanged.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDES |
|---|---|
| By: */s/ Stephanie E. O'Byrne* | By: */s/ John G. Day* |
|     David E. Moore (#3983) |     John G. Day (#2403) |
|     Bindu A. Palapura (#5370) |     Andrew C. Mayo (#5207) |
|     Stephanie E. O'Byrne (#4446) |     500 Delaware Avenue, 8th Floor |
|     Hercules Plaza, 6th Floor |     P.O. Box 1150 |
|     1313 N. Market Street |     Wilmington, DE  19899 |
|     Wilmington, DE  19801 |     Tel:  (302) 654-1888 |
|     Tel:  (302) 984-6000 |     jday@ashby-geddes.com |
|     dmoore@potteranderson.com |     amayo@ashby-geddes.com |
|     bpalapura@potteranderson.com | |
|     sobyrne@potteranderson.com | |

| Of Counsel: | Of Counsel: |
|---|---|
| John M. Desmarais | J. David Hadden |
| Karim Z. Oussayef | Saina S. Shamilov |
| Laurie Stempler | Phillip J. Haack |
| Robert C. Harrits | Adam M. Lewin |
| Brian D. Matty | FENWICK & WEST LLP |
| Michael Matulewicz-Crowley | 555 California Street, 12th Floor |
| DESMARAIS LLP | San Francisco, CA  94104 |
| 230 Park Avenue | Tel:  (415) 875-2300 |
| New York, NY  10169 | |
| Tel:  (212) 351-3400 | *Attorneys for Defendant Groupon, Inc.* |

*Attorneys for Plaintiff International Business Machines Corporation*

Dated:  September 6, 2017
5382599/43155

                         IT IS SO ORDERED, this ____day of September, 2017.

                                            Leonard P. Stark, Chief Judge