# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 16-122-LPS ) |
| GROUPON, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of September, 2017, **GROUPON'S AMENDED NOTICE OF RULE 30(b)(1) DEPOSITION OF THOMAS MCBRIDE** was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, EsquireVIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, EsquireVIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | /s/ *John G. Day* |
| J. David Hadden | John G. Day (#2403) |
| Saina S. Shamilov | Andrew C. Mayo (#5207) |
| Phillip J. Haack | 500 Delaware Avenue, 8th Floor |
| Adam M. Lewin | P.O. Box 1150 |
| Sapna Mehta | Wilmington, DE 19899 |
| FENWICK & WEST LLP | (302) 654-1888 |
| Silicon Valley Center | jday@ashbygeddes.com |
| 801 California Street, 12th Floor | amayo@ashbygeddes.com |
| Mountain View, CA 94041 | |
| (650) 988-8500 | *Attorneys for Defendant Groupon, Inc.* |

Dated: September 6, 2017