IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 16-122-LPS  **JURY TRIAL DEMANDED**  **PUBLIC VERSION** |
| Plaintiff, | | |
| v. | | |
| GROUPON, INC. | | |
| Defendant. | | |

**DECLARATION OF KEITH A. WALKER IN SUPPORT OF IBM'S MOTION TO EXCLUDE OCEAN TOMO'S EMPLOYEES FROM ACCESSING CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER**

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
Brian D. Matty
Kevin K. McNish
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: September 6, 2017
Public Version Dated: September 13, 2017

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**