# EXHIBIT A

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

EXHIBIT B

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY