# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 8, 2017

The Honorable Leonard P. Stark  
United States District Court  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801

**VIA ELECTRONIC FILING**

REDACTED PUBLIC VERSION

Re: *International Business Machines Corporation v. Groupon, Inc.*,
C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

The supplemental letter and declaration filed by IBM in support of its motion to exclude Ocean Tomo's employees from accessing confidential information under the Protective Order incorrectly states that ███████████████████████████████████ Groupon respectfully submits the attached declarations in response to IBM's submissions.

Groupon submits a declaration of Ryan Zurek attesting to the fact that ███████████ ███████████ Groupon also submits a supplemental declaration of James Malackowski attesting to the fact that Ocean Tomo does not purchase patents on its own behalf. Mr. Malackowski's supplemental declaration also clarifies and corrects a misstatement in his prior declaration that ████████████████████████████████████████████████████████████████████████████

Respectfully,

/s/ *John G. Day*

John G. Day

JGD: nml  
Enclosures

cc: Counsel of Record (via electronic mail; w/enclosures)

{01243205;v1 }

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:16-cv-00122-LPS-CJB |
| v. | ) ) | |
| GROUPON, INC. | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF RYAN ZUREK IN SUPPORT OF GROUPON, INC.'S RESPONSE TO INTERNATIONAL BUSINESS MACHINES CORPORATION'S SUPPLEMENTAL LETTER TO THE COURT REGARDING ITS MOTION TO EXCLUDE OCEAN TOMO'S EMPLOYEES FROM ACCESSING CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER**

I, Ryan Zurek, declare that:

1.  I am a Director in Ocean Tomo Investment Group and in Ocean Tomo, LLC's transactions practice. I have been asked to provide this declaration in connection with Groupon's response to International Business Machines Corporation's ("IBM") supplemental letter to the Court regarding its Motion to Exclude Ocean Tomo's Employees from Accessing Confidential Information Under the Protective Order. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would competently do so under oath.

2.  [REDACTED]

3.  [REDACTED]

{01243206;v1 }

1

Case 1:16-cv-00122-LPS   Document 161   Filed 09/14/17   Page 3 of 5 PageID #: 4542

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████ .

██  ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████

I declare under penalty of perjury that the foregoing is true and correct.



Executed on:  September 8, 2017        _____
                                                Ryan Zurek

{01243206;v1 }
2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:16-cv-00122-LPS-CJB |
| v. | ) ) | |
| GROUPON, INC. | ) ) ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF JAMES E. MALACKOWSKI IN SUPPORT OF GROUPON, INC.'S RESPONSE TO INTERNATIONAL BUSINESS MACHINES CORPORATION'S SUPPLEMENTAL LETTER TO THE COURT REGARDING ITS MOTION TO EXCLUDE OCEAN TOMO'S EMPLOYEES FROM ACCESSING CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER**

I, James E. Malackowski declare that:

1. I have been asked to provide this supplemental declaration in connection with Groupon's response to International Business Machines Corporation's ("IBM") supplemental letter to the Court regarding its Motion to Exclude Ocean Tomo's Employees from Accessing Confidential Information Under the Protective Order. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would competently do so under oath.

2. I am the Chairman and Chief Executive Officer of Ocean Tomo, LLC. As stated in my initial declaration, Ocean Tomo has a division that provides IP transaction brokerage services. Ocean Tomo does not purchase patents on its own behalf.

3. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████

2

███████████████████████████████████████████████

███████████████████████

█ ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 8, 2017

                                                       James E. Malackowski