## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) | |
| ) | C.A. No. 16-122-LPS |
| ) | |
| Plaintiff, ) | **JURY TRIAL DEMANDED** |
| ) | |
| v.   ) | |
| ) | **PUBLIC VERSION** |
| GROUPON, INC. ) | |
| ) | |
| Defendant. ) | |

## LETTER TO THE HONORABLE LEONARD P. STARK
## FROM BINDU A. PALAPURA

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
Kevin K. McNish
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Dated: September 8, 2017
5384471/43155
Public Version Dated: September 15, 2017

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*



Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

September 8, 2017
Public Version Dated: September 15, 2017

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware             **PUBLIC VERSION**
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:   *International Business Machines Corporation v. Groupon. Inc.*,
           C.A. No. 16-122-LPS

Dear Chief Judge Stark:

    IBM has identified an inaccuracy in Groupon's September 7, 2017 letter brief and declaration concerning Ocean Tomo's role in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Counsel for IBM identified the inaccuracy to counsel for Groupon and asked them to correct it, but, given that the telephonic conference for the dispute is Monday morning, and out of an abundance of caution, IBM respectfully submits the attached supplemental declaration to correct ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

                                      Respectfully yours,

                                      */s/ Bindu A. Palapura*

                                      Bindu Palapura

BAP/msb/4384471/43155
Enclosures

cc:    Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)