## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) | C.A. No. 16-122-LPS |
| Plaintiff, ) | **JURY TRIAL DEMANDED** |
| v. ) | **PUBLIC VERSION** |
| GROUPON, INC. ) | |
| Defendant. ) | |

**SUPPLEMENTAL DECLARATION OF KEITH A. WALKER IN FURTHER SUPPORT OF IBM'S MOTION TO EXCLUDE OCEAN TOMO'S EMPLOYEES FROM ACCESSING CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER**

OF COUNSEL:

John M. Desmarais
Jon T. Hohenthaner
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
Kevin K. McNish
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Dated: September 8, 2017
Public Version Dated: September 15, 2017

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT C

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**