# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> GROUPON, INC., </br></br> Defendant. | ) ) ) ) ) ) ) C.A. No. 16-122-LPS ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2017, (1) **DEFENDANT GROUPON, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S FIRST, SECOND, AND THIRD SETS OF INTERROGATORIES (NOS. 1, 2, 4, 7, 8, 9, 10, 13, AND 14)**; (2) **DEFENDANT GROUPON, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 11, 13, 15, 17, 19, 21, 23, AND 25)**; and (3) **THIRD AMENDED INITIAL DISCLOSURES OF DEFENDANT GROUPON, INC.** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire </br> POTTER ANDERSON & CORROON LLP </br> Hercules Plaza </br> 1313 N. Market Street, 6th Floor </br> Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| John M. Desmarais, Esquire </br> DESMARAIS LLP </br> 230 Park Avenue </br> New York, NY  10169 | VIA ELECTRONIC MAIL |

{01119699;v1 }

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | /s/ *John G. Day* |
| *Of Counsel:* | _____ |
| | John G. Day (#2403) |
| J. David Hadden | Andrew C. Mayo (#5207) |
| Saina S. Shamilov | 500 Delaware Avenue, 8th Floor |
| Phillip J. Haack | P.O. Box 1150 |
| Adam M. Lewin | Wilmington, DE  19899 |
| Sapna Mehta | (302) 654-1888 |
| FENWICK & WEST LLP | jday@ashbygeddes.com |
| Silicon Valley Center | amayo@ashbygeddes.com |
| 801 California Street, 12th Floor | |
| Mountain View, CA  94041 | *Attorneys for Defendant Groupon, Inc.* |
| (650) 988-8500 | |

Dated: September 18, 2017