# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 25th day of September, 2017, **GROUPON, INC.'S FINAL INVALIDITY CONTENTIONS** were served upon the following counsel of record at the address and in the manner indicated:


David E. Moore, Esquire  　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire  　　　　　　　　　　　　　VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

{01119699;v1 }

|  |  |
|---|---|
| *Of Counsel:*<br><br>J. David Hadden<br>Saina S. Shamilov<br>Phillip J. Haack<br>Adam M. Lewin<br>Sapna Mehta<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street, 12th Floor<br>Mountain View, CA  94041<br>(650) 988-8500<br><br>Dated:  September 26, 2017 | ASHBY & GEDDES<br><br>/s/ *John G. Day*<br>_____<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>***Attorneys for Defendant Groupon, Inc.*** |