**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-122-LPS-CJB |
| ) | |
| GROUPON INC, ) | |
| ) | |
| Defendant. ) | |

**ORDER SCHEDULING ADR TELECONFERENCE**

At Wilmington this 27th day of September, 2017.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 11, 2017, at 9:30 a.m.** with Magistrate Judge Burke to discuss alternative dispute resolutions ("ADR") in this case.  **Plaintiff(s) counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

    s/ Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE