**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | C.A. No. 16-122-LPS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GROUPON, INC. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered IBM's Motion to Strike Groupon Inc.'s Late-Disclosed Invalidity Theories;

IT IS HEREBY ORDERED, this ____ day of _____, 2017, that the Motion is GRANTED.

_____
Chief Judge, United States District Court