**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 16-122-LPS |
| v. ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. ) ) ) | |
| Defendant. ) | |

**PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S
NOTICE OF WITHDRAWAL OF ITS REDACTION REQUEST (D.I. 169)**

Please take notice that Plaintiff International Business Machines Corporation hereby withdraws its Notice of Intent to Request Redaction of the Telephone Conference Transcript held on September 11, 2017 (D.I. 169) in the above-referenced action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Dated: October 3, 2017
5423940/ 43155

By:  */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff
International Business Machines Corporation*