# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GROUPON, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-122-LPS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November, 2017, the **RESPONSIVE EXPERT REPORT OF JON B. WEISSMAN** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| John M. Desmarais, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169 | VIA ELECTRONIC MAIL |

{01119699;v1 }

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ John G. Day* |
| J. David Hadden | _____ |
| Saina S. Shamilov | John G. Day (#2403) |
| Phillip J. Haack | Andrew C. Mayo (#5207) |
| Adam M. Lewin | 500 Delaware Avenue, 8th Floor |
| Sapna Mehta | P.O. Box 1150 |
| FENWICK & WEST LLP | Wilmington, DE  19899 |
| Silicon Valley Center | (302) 654-1888 |
| 801 California Street, 12th Floor | jday@ashbygeddes.com |
| Mountain View, CA  94041 | amayo@ashbygeddes.com |
| (650) 988-8500 |  |
|  | *Attorneys for Defendant Groupon, Inc.* |

Dated:  November 6, 2017