# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 3, 2017, upon the following attorneys of record as indicated below:

REBUTTAL EXPERT REPORT OF DOUGLAS C. SCHMIDT CONCERNING VALIDITY OF U.S. PATENT NOS. 5,796,967, 7,072,849, 5,961,601, AND 7,631,346 **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY-SOURCE CODE]**

## VIA ELECTRONIC MAIL

John G. Day
Andrew C. Mayo
Ashby-Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
dhadden@fenwick.com
sshamilov@fenwick.com
phaack@fenwick.com
alewin@fenwick.com
Groupon_IBM_Service@fenwick.com

2

| | |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Karim Oussayef<br>Laurie N. Stempler<br>Robert C. Harrits<br>Brian D. Matty<br>Michael Matulewicz-Crowley<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>Tel:  (212) 351-3400<br><br>Dated: November 6, 2017<br>5538285 / 43155 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*International Business Machines Corporation* |