# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, ) ) ) | |
| Plaintiff, ) | C.A. No. 16-122-LPS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GROUPON, INC. ) ) | |
| Defendant. ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS the parties are attempting to reach agreement on proposed relief.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for IBM to submit a proposal for its requested relief, pursuant to the Court's November 1, 2017 Oral Order, shall be extended to Wednesday November 8, 2017, and Groupon's deadline to respond, if opposed, shall be extended to Monday November 13, 2017.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com | By: */s/ John G. Day*<br>John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box. 1150<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this _____ day of _____, 2017.

_____
U.S.D.J.

5541362 / 43155