# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 16-122-LPS<br>) |
| GROUPON, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of November, 2017, **NON-PARTY PAUL DAVIS' OBJECTIONS AND RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S SUBPOENA TO PAUL DAVIS** was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire            VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire           VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

{01119699;v1 }

2

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
Sapna Mehta
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA 94041
(650) 988-8500

Dated: November 16, 2017

ASHBY & GEDDES

*/s/ John G. Day*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Non-Party Paul Davis*