IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 16-122-LPS |
| GROUPON, INC., | : : | |
| Defendant. | : | |

## ORDER

At Wilmington, this **17th** day of **November, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that Groupon's motion for judgment on the pleadings that U.S. Patent Nos. 5,796,967 and 7,072,849 are directed to ineligible subject matter and thus invalid under 35 U.S.C. § 101 (D.I. 29) is **DENIED**.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE