IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>GROUPON, INC.,<br><br>                Defendant. | Civil Action No. 16-122-LPS |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Plaintiff International Business Machines Corporation ("IBM") and Defendant Groupon, Inc. ("Groupon") jointly stipulate, subject to the approval of the Court, that the schedule set forth in this Court's Scheduling Order (D.I. 17) is amended as forth below:

| Event | Current Date | Revised Date |
|---|---|---|
| Reply expert reports | November 22, 2017 | December 6, 2017 |
| IBM supplemental invalidity expert report for '601 patent | December 6, 2017 | December 13, 2017 |
| Groupon reply to IBM supplemental invalidity expert report for '601 patent | December 13, 2017 | December 20, 2017 |
| Opening Summary Judgment and Daubert Briefs | January 26, 2018 | March 5, 2018 |
| Rebuttal Summary Judgment and Daubert Briefs | February 9, 2018 | March 19, 2018 |
| Reply Summary Judgment and Daubert Briefs | February 16, 2018 | March 28, 2018 |
| Summary Judgment and Daubert Hearing | March 6, 2018 | April 24, 2018 9:00 |
| Final Joint Proposed Pretrial Order | June 1, 2018 | June 1, 2018 (unchanged) |
| Proposed voir dire, preliminary jury instructions, special verdict forms | June 5, 2018 | June 5, 2018 (unchanged) |

| Event | Current Date | Revised Date |
|---|---|---|
| Pretrial Conference | June 8, 2018 | June 8, 2018 (unchanged) |
| Jury Trial | July 16, 2018 | July 16, 2018 (unchanged) |

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Stephanie E. O'Byrne (#4446)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: November 17, 2017

ASHBY & GEDDES

By: /s/ John G. Day
   John G. Day (#2403)
   500 Delaware Avenue, 8th Floor
   P.O Box 1150
   Wilmington, DE 19899
   (302) 654-1888
   jday@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*

IT IS SO ORDERED, this 20th day of November, 2017.

_____
Leonard P. Stark, Chief Judge