**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-122-LPS |
| GROUPON INC, | ) ) ) | |
| Defendant. | ) | |

**ORDER SCHEDULING ADR TELECONFERENCE**

At Wilmington this 20th day of December, 2017.

IT IS ORDERED that a teleconference has been scheduled for **Monday, February 12, 2018, at 11:30 a.m.** with Magistrate Judge Burke to discuss alternative dispute resolutions ("ADR") in this case. **Plaintiff(s) counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

    s/ Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE