IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Adam M. Lewin, formerly of Fenwick & West LLP, is hereby withdrawn as counsel for Defendant Groupon, Inc. in this action. Defendant continues to be represented in this action by the law firms of Ashby & Geddes and Fenwick & West LLP.

ASHBY & GEDDES

*/s/ John G. Day*

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Sapna Mehta
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA 94041
(650) 988-8500

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*

Dated: January 23, 2018

{01283228;v1 }