## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of February, 2018, **JON WEISSMAN'S OBJECTIONS AND RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S SUBPOENA** and **JAMES MALACKOWSKI'S OBJECTIONS AND RESPONSES TO PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION'S SUBPOENA** were served upon the following counsel of record at the address and in the manner indicated:


David E. Moore, Esquire                                      VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

John M. Desmarais, Esquire                              VIA ELECTRONIC MAIL
DESMARAIS LLP
230 Park Avenue
New York, NY  10169

|  | ASHBY & GEDDES |
|---|---|

*Of Counsel:*

/s/ John G. Day
_____

J. David Hadden

John G. Day (#2403)

Saina S. Shamilov

Andrew C. Mayo (#5207)

Phillip J. Haack

500 Delaware Avenue, 8th Floor

Sapna Mehta

P.O. Box 1150

FENWICK & WEST LLP

Wilmington, DE  19899

Silicon Valley Center

(302) 654-1888

801 California Street, 12th Floor

jday@ashbygeddes.com

Mountain View, CA  94041

amayo@ashbygeddes.com

(650) 988-8500

*Attorneys for Defendant Groupon, Inc.*

Dated: February 5, 2018