**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Plaintiff, | |
| v. | Civil Action No. 16-122-LPS-CJB |
| GROUPON, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

---

## STIPULATION TO NARROW ISSUES FOR TRIAL

Plaintiff International Business Machines Corporation ("IBM") and Defendant Groupon, Inc. ("Groupon") stipulate as follows:

1.      IBM does not and will not seek damages for any alleged infringement committed prior to March 2, 2010, which is the date six years prior to the filing of the complaint in this action.  (D.I. 1).

2.      IBM does not and will not assert any patent claims other Claims 1-7, 12, and 17 of the '967 Patent, Claims 1-9, 12-22, and 25 of the '849 patent, Claims 1, 2, 4, 6, 7-10, 51, 52, 54, and 56-59 of the '601 patent, and Claims 1-3, 5, 8, 10, 12, and 13 of the '346 patent in this action.

3.      Based on the foregoing, Groupon will not assert any of Affirmative Defenses No. 5 (Dedication to the Public), 9 (Limitation on Damages and Costs), 10 (Marking), and 11 (Unenforceability) in this action and hereby withdraws them.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Laurie Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

*Attorneys for Plaintiff International*
*Business Machines Corporation*


Dated: March 1, 2018
5658406

ASHBY & GEDES

By: */s/ John G. Day*
    John G. Day (#2403)
    Andrew C. Mayo (#5207)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE  19899
    Tel:  (302) 654-1888
    jday@ashby-geddes.com
    amayo@ashby-geddes.com

OF COUNSEL:

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Adam M. Lewin
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Tel:  (415) 875-2300

*Attorneys for Defendant Groupon, Inc.*