# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 16-122-LPS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2018, having considered Plaintiff IBM's Motion For Summary Judgment Of No Affirmative Defenses Of License, Exhaustion, First Sale, Estoppel, Covenant Not To Sue, And Release,

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Chief Judge

5663315 / 43155