# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 16-122-LPS<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GROUPON, INC. | )<br>) |
| Defendant. | ) |

## [PROPOSED] ORDER

Having considered Plaintiff IBM's Motion for Summary Judgment of No Anticipation by HyperCard and No Obviousness in view of HyperCard and Terry for the Asserted Claims of U.S. Patent No. 5,796,967, the Court has determined that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Plaintiff IBM's Motion for Summary Judgment of No Anticipation by HyperCard and No Obviousness in view of HyperCard and Terry for the Asserted Claims of U.S. Patent No. 5,796,967 is GRANTED.

**SO ORDERED**, this _____ day of _____, 2018.

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT CHIEF JUDGE