## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INTERNATIONAL BUSINESS MACHINES )
CORPORATION, )
　 )
　　　　　　Plaintiff, )
　 )
　　　　v. )　　　C.A. No. 16-122-LPS
　 )
GROUPON, INC., )
　 )
　　　　　　Defendant. )

## MOTION OF GROUPON, INC. TO
## EXCLUDE EXPERT TESTIMONY OF DR. JERRY A. HAUSMAN

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Sapna Mehta
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA 94041
(650) 988-8500

Dated: March 5, 2018

ASHBY & GEDDES
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*

{01297452;v1 }

Defendant Groupon, Inc. ("Groupon") respectfully moves this Court for entry of an order excluding the expert testimony of IBM's damages expert, Dr. Jerry A. Hausman.  Groupon moves pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), and the Court's Scheduling Order (D.I. 17 ¶ 8(f)(iii)).

The grounds for this Motion are set forth in the Memorandum in Support of Motion to Exclude Expert Testimony of Dr. Jerry A. Hausman, filed herewith.  A proposed order is attached.

ASHBY & GEDDES

*/s/ John G. Day*

_____

|  |  |
|---|---|
| *Of Counsel:* | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
| J. David Hadden | 500 Delaware Avenue, 8th Floor |
| Saina S. Shamilov | P.O. Box 1150 |
| Phillip J. Haack | Wilmington, DE  19899 |
| Sapna Mehta | (302) 654-1888 |
| FENWICK & WEST LLP | jday@ashbygeddes.com |
| Silicon Valley Center | amayo@ashbygeddes.com |
| 801 California Street, 12th Floor |  |
| Mountain View, CA  94041 | *Attorneys for Defendant Groupon, Inc.* |
| (650) 988-8500 |  |

Dated: March 5, 2018