**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION OF GROUPON, INC.
TO EXCLUDE EXPERT TESTIMONY OF DR. JERRY A. HAUSMAN**

Upon consideration of the Motion of Groupon, Inc. to Exclude Expert Testimony of Dr. Jerry A. Hausman, and any response thereto, the Court GRANTS the Motion.

The Court finds that the expert testimony of Dr. Jerry A. Hausman, as disclosed in his October 6, 2017 Expert Report, is inadmissible under Federal Rule of Evidence 702.

Accordingly, it is hereby ORDERED that (1) Dr. Hausman's October 6, 2017 Expert Report is excluded from the record in this case, and (2) IBM may not introduce expert testimony from Dr. Hausman as evidence in this case.

It is **SO ORDERED**, this _____ day of _____, 2018.

_____
The Honorable Leonard P. Stark
Chief Judge