**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) | |
| Defendant. | ) | |

**IBM'S MOTION TO EXCLUDE THE TESTIMONY OF JAMES MALACKOWSKI AND
JON WEISSMAN CONCERNING NON-INFRINGING ALTERNATIVES**

Plaintiff International Business Machines Corporation ("IBM") hereby moves to exclude

the testimony of James Malackowski and Jon Weissman concerning non-infringing alternatives.

Attached hereto is a proposed order granting IBM's motion to exclude the testimony of James

Malackowski and Jon Weissman concerning non-infringing alternatives.  The grounds for IBM's

motion are set forth in its brief in support filed concurrently herewith.

Pursuant to D. Del. LR 7.1.1, the parties met and conferred, and Groupon opposes this

motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Laurie Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Dated:  March 5, 2018

By: */s/ Stephanie E. O'Byrne*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*