**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | C.A. No. 16-122-LPS |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –** |
| GROUPON, INC. | ) ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## [PROPOSED] ORDER

Having considered Plaintiff IBM's Motion to Exclude the Testimony of James Malackowski and Jon Weissman Concerning Non-Infringing Alternatives, the Court has determined that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Plaintiff IBM's Motion to Exclude the Testimony of James Malackowski and Jon Weissman is GRANTED.

**SO ORDERED**, this _____ day of _____, 2018.

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT CHIEF JUDGE