**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR SUMMARY JUDGMENT OF GROUPON, INC.**

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Sapna Mehta
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA  94041
(650) 988-8500

Dated: March 5, 2018

ASHBY & GEDDES
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*

{01297561;v1 }

Defendant Groupon, Inc. ("Groupon") respectfully moves this Court for entry of summary judgment (1) of non-infringement of U.S. Patent Nos. 5,796,967; 7,072,849; 5,961,601; and 7,631,346; and (2) that the priority date of U.S. Patent No. 5,961,601 is June 7, 1996.  Groupon moves pursuant to Federal Rule of Civil Procedure 56 and the Court's Scheduling Orders (D.I. 17 ¶ 17; D.I. 201).

The grounds for this Motion are set forth in the Memorandum in Support of Motion for Summary Judgement of Defendant Groupon, Inc., filed herewith.  The hearing on this Motion is currently scheduled for April 24, 2018 at 9:00 am.  A proposed order is attached.

ASHBY & GEDDES

*/s/ John G. Day*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant Groupon, Inc.*

*Of Counsel:*

J. David Hadden
Saina S. Shamilov
Phillip J. Haack
Sapna Mehta
FENWICK & WEST LLP
Silicon Valley Center
801 California Street, 12th Floor
Mountain View, CA  94041
(650) 988-8500

Dated: March 5, 2018

2