# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) )  C.A. No. 16-122-LPS |
| Plaintiff, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) **PUBLIC VERSION** |
| GROUPON, INC. | ) ) |
| Defendant. | ) ) |

### DECLARATION OF KARIM Z. OUSSAYEF IN SUPPORT OF IBM'S MOTION FOR SUMMARY JUDGMENT OF NO AFFIRMATIVE DEFENSES OF LICENSE, EXHAUSTION, FIRST SALE, ESTOPPEL, COVENANT NOT TO SUE, AND RELEASE

OF COUNSEL:

John M. Desmarais
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
Tel:  (212) 351-3400

Dated: March 5, 2018
Public Version Dated: March 12, 2018
5663290 / 43155

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*

I, Karim Z. Oussayef, declare as follows:

1. I am an attorney with the law firm of Desmarais LLP, counsel of record for Plaintiff International Business Machines Corporation ("IBM") in the above-captioned matter, and I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. I make this declaration in support of IBM's Brief in Support of Its Motion for Summary Judgment of No Affirmative Defenses of License, Exhaustion, First Sale, Estoppel, Covenant Not to Sue, and Release.

3. Attached hereto as Exhibit 1 and filed under seal is a true and correct copy of Defendant Groupon, Inc.'s Supplemental Responses to Plaintiff International Business Machines Corporation's First, Second, and Third Sets of Interrogatories (Nos. 1, 2, 4, 7, 8, 9, 10, 13, and 14), dated September 15, 2017.

4. Attached hereto as Exhibit 2 and filed under seal is a true and correct copy of excerpts of the Deposition Transcript of Jon Weissman, Ph.D., dated February 9, 2018, with annotations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2018, in New York, NY.

/s/ Karim Z. Oussayef
Karim Z. Oussayef

5663290/43155