# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | C.A. No. 16-122-LPS |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **PUBLIC VERSION** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF LAURIE STEMPLER IN SUPPORT OF INTERNATIONAL BUSINESS MACHINE CORPORATION'S BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF JAMES MALACKOWSKI AND JON WEISSMAN CONCERNING NON-INFRINGING ALTERNATIVES

OF COUNSEL:

John M. Desmarais
Karim Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Dated: March 5, 2018
Public Version Dated: March 12, 2018
5663291 / 43155

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*

I, Laurie Stempler, declare as follows:

1.      I am an attorney with the law firm of Desmarais LLP, counsel of record for Plaintiff International Business Machines Corporation ("IBM") in the above-captioned matter, and I am admitted *pro hac vice* to this Court.  I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2.      I make this declaration in support of IBM's Brief in Support of Its Motion to Exclude the Testimony of James Malackowski and Jon Weissman Concerning Non-Infringing Alternatives.

3.      Attached hereto as Exhibit A and filed under seal is a true and correct copy of excerpts of the Responsive Expert Witness Report of Dr. Jon B. Weissman on Non-Infringement, dated November 3, 2017.

4.      Attached hereto as Exhibit B and filed under seal is a true and correct copy of excerpts of the Rebuttal Expert Report of James E. Malackowski, dated November 3, 2017.

5.      Attached hereto as Exhibit C and filed under seal is a true and correct copy of excerpts of the deposition transcript of Jon Weissman, Ph.D., dated February 9, 2018.

6.      Attached hereto as Exhibit D and filed under seal is a true and correct copy of excerpts of the Reply Expert Report of Douglas C. Schmidt Concerning Infringement of U.S. Patent Nos. 5,796,967, 7,072,849, 5,961,601, and 7,631,346, dated December 6, 2017.

7.      Attached hereto as Exhibit E and filed under seal is a true and correct copy of excerpts of the deposition transcript of James E. Malackowski, dated February 6, 2018.

8.      Attached hereto as Exhibit F and filed under seal is a true and correct copy of excerpts of the deposition transcript of Phillip Dunham, dated August 10, 2017.

Executed on March 5, 2018, in New York, NY.

/s/ Laurie Stempler
Laurie Stempler