# EXHIBIT A

# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B

# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C

# FILED UNDER SEAL

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT D

# FILED UNDER SEAL

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT E

# FILED UNDER SEAL

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT F

# FILED UNDER SEAL

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**