# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 24, 2018

The Honorable Leonard P. Stark  **VIA ELECTRONIC FILING**
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *International Business Machines Corporation v. Groupon, Inc.*,
C.A. No. 16-122-LPS

Dear Chief Judge Stark:

At the Court's request, Groupon submits the following proposed language for the jury instruction on willful infringement, and the agreed-upon list of the parties Rule 30(b)(6) witnesses:

(1) In accordance with the Court's guidance regarding instruction 4.7 (Willful Infringement), in light of *Välinge Innovation AB v. Halstead New England Corp*., No. 16-1082-LPS-CJB, 2018 WL 2411218 (D. Del. May 29, 2018), Groupon proposes the following modification to the first sentence of the second paragraph:

> To prove willful infringement of a patent, IBM must prove by a preponderance of the evidence that Groupon had knowledge of the patent and that Groupon's conduct was at least reckless, and [**Groupon Proposes:** that Groupon knew, or should have known, that its conduct amounted to infringement of the patent.]

(2) For instruction 1.10 (Rule 30(b)(6) Deposition Testimony), it is Groupon's understanding that the parties agree to add the following list of 30(b)(6) witnesses to the instruction:

> Robert Filepp, Heather Hinton, Thomas McBride, and Arun Iyengar for IBM, and Jason Carlisle, Phillip Dunham, Jim Breen, Damien Schmitz, Jan Krems for Groupon.

The Honorable Leonard P. Stark
July 24, 2018
Page 2

                                              Respectfully,

                                              */s/ John G. Day*

                                              John G. Day (#2403)

JGD/nml
Attachment

cc:      Counsel of Record (via electronic mail; w/attachment)

{01347242;v1 }