IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 16-122-LPS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GROUPON, INC. | ) ) ) | |
| Defendant. | ) | |

**VERDICT FORM**

**INFRINGEMENT**

**QUESTION 1:** Did IBM prove by a preponderance of the evidence that Groupon infringed the following claims of the asserted patents?

*Answer "Yes" or "No" for each claim.*
*"Yes" is a finding for **IBM**. "No" is a finding for **Groupon**.*

**'967 Patent**

　　　　Claim 1:　　**YES** ✓　　**NO** ____

　　　　Claim 2:　　**YES** ✓　　**NO** ____

**'849 Patent**

　　　　Claim 1:　　**YES** ✓　　**NO** ____

　　　　Claim 8:　　**YES** ✓　　**NO** ____

**'601 Patent**

　　　　Claim 51:　　**YES** ✓　　**NO** ____

　　　　Claim 54:　　**YES** ✓　　**NO** ____

**'346 Patent**

　　　　Claim 1:　　**YES** ✓　　**NO** ____

　　　　Claim 5:　　**YES** ✓　　**NO** ____

## WILLFULNESS (ONLY IF APPLICABLE)

**For each patent you have found to be infringed, answer Question 2.**

**QUESTION 2:** Did IBM prove by a preponderance of the evidence that Groupon's infringement was willful?

*Answer "Yes" or "No" for each patent below.*
*"Yes" is a finding for **IBM**. "No" is a finding for **Groupon**.*

'967 Patent:   YES ✓   NO ____

'849 Patent:   YES ✓   NO ____

'601 Patent:   YES ✓   NO ____

'346 Patent:   YES ✓   NO ____

2

## LICENSING

**Question 3:** Did Groupon prove by a preponderance of the evidence that it had an implied license to practice the '346 patent via IBM's licenses to Facebook and Google?

*"Yes" is a finding for **Groupon**. "No" is a finding for **IBM**.*

YES _____   NO __✓__

**Question 4:** Did Groupon prove by a preponderance of the evidence that IBM's rights to assert the '346 patent against Groupon were exhausted via IBM's licenses to Facebook and Google?

*"Yes" is a finding for **Groupon**. "No" is a finding for **IBM**.*

YES _____   NO __✓__

## INVALIDITY

**QUESTION 5**: Did Groupon prove by clear and convincing evidence that the following claims of the asserted patents are invalid?

*Answer "Yes" or "No" for each claim.*
*"Yes" is a finding for **Groupon**. "No" is a finding for **IBM**.*

**'601 Patent**

| | | |
|---|---|---|
| Claim 51: | YES _____ | NO __✓__ |
| Claim 54: | YES _____ | NO __✓__ |

**'346 Patent**

| | | |
|---|---|---|
| Claim 1: | YES _____ | NO __✓__ |
| Claim 5: | YES _____ | NO __✓__ |

## DAMAGES (ONLY IF APPLICABLE)

**Only answer Question 6 if you found one or more of the following:**

- With respect to the '967 and '849 patents, you found at least one claim to be infringed in Question 1.

- With respect to the '601 patent, you found at least one claim to be infringed in Question 1 and also did not find that same claim invalid in Question 5.

- With respect to the '346 patent, you found at least one claim to be infringed in Question 1 and also did not find that same claim invalid in Question 5 and further answered "No" to both Questions 3 and 4.

**QUESTION 6:** What sum of money, if paid now in cash, do you find IBM has proven by a preponderance of the evidence would fairly and reasonably compensate IBM for Groupon's infringement of IBM's patent or patents?

$ __82.5 million_____

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a unanimous verdict.

Jury Foreperson

Juror

Juror

Juror

Juror

Juror

Juror

Juror

**REDACTED**

Dated: 7/27/2018

6