OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOHN A. CERINO
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 30, 2018

To: Counsel for Groupon, Inc.

Re: IBM v. Groupon 16-122-LPS

The following physical exhibits from the jury trial are hereby released to you:

DX 482 (laptop source code)

DX 482.1

DX 375

DX 376

John A. Cerino
Clerk of the Court

I hereby acknowledge receipt of the above listed exhibits on July 30, 2018.

_____
Signature

/ntl