# EXHIBITS A – E

# REDACTED IN THEIR ENTIRETY