**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

        Plaintiff,

    v.

GROUPON, INC.,

        Defendant.

Civil Action No. 16-122-LPS-CJB

## [IBM'S PROPOSED] ORDER GOVERNING POST-TRIAL MOTIONS

Having considered Plaintiff International Business Machines Corporation's ("IBM") and

Defendant Groupon, Inc.'s ("Groupon") proposed schedules regarding the filing of post-trial

motions and briefings;

IT IS HEREBY ORDERED, this ____ day of ___August___, 2018 that IBM's

proposed schedule is GRANTED. The schedule for post-trial motions and briefings will be as

follows:

| Event | Date |
|---|---|
| **Motions Pursuant to Fed. R. Civ. P. 50(b) and Fed. R. Civ. P. 59** ||
| Groupon's post-trial motions and opening briefs | Within 28 days after entry of judgment on the jury's verdict |
| IBM's answering briefs in opposition to Groupon's post-trial motions | Within 21 days after filing of post-trial motions and briefs |
| Groupon's reply briefs in support of its post-trial motions | Within 7 days after IBM's filing of its answering briefs in opposition to Groupon's post-trial motions |
| **Motions for Attorneys' Fees, Pre-Judgment Interest, Post-Judgment Interest, Supplemental Damages/Accounting, Enhanced, Treble Damages, and Ongoing Royalties** ||
| IBM's motion for entitlement to attorneys' fees, and motions for prejudgment interest, post-judgment interest, supplemental damages/accounting, enhanced damages, and ongoing royalties | Within 28 days after entry of judgment on the jury's verdict |

| Groupon's answering briefs in opposition to IBM's motions | Within 21 days after filing of IBM's post-trial motions and briefs |
|---|---|
| IBM's reply briefs in support of its motions | Within 7 days after Groupon's filing of its answering briefs in opposition to IBM's post-trial motions |
| **IBM's Motion for Costs Pursuant to Fed. R. Civ. P. 54 and D. Del. LR 54.1** | |
| IBM's motion for costs | Within 14 days after the time for appeal has expired or within 14 days after the issuance of the mandate of the appellate court |

Leonard P. Stark, Chief Judge