**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-122-LPS |
| GROUPON, INC., | ) ) ) | |
| Defendant. | ) | |

**EXPEDITED MOTION FOR
TWO-WEEK EXTENSION OF POST-TRIAL BRIEFING SCHEDULE**

Defendant Groupon, Inc. respectfully moves the Court for a two-week extension of the post-trial briefing schedule entered by the Court on August 8, 2018 (D.I. 399). The grounds for this motion are as follows:

1. On August 8, 2018, the Court entered an Order Governing Post-Trial Motions (D.I 399), which requires Groupon's post-trial motions and opening briefs to be filed just after Labor Day, on September 5, 2018.

2. On August 13, 2018 and August 14, 2018, respectfully, Edward R. Reines of Weil, Gotshal & Manges, LLP, and Mark A. Perry of Gibson, Dunn & Crutcher LLP, filed motions for admission *pro hac vice* in this matter (D.I. 400, 401), to among others things, represent Groupon in connection with post-trial briefing in this matter.

3. To allow Mr. Reines and Mr. Perry a modest extension of time to get up to speed before Groupon's opening post-trial briefs are due, Groupon requested a two-week extension of its September 5, 2018 deadline to file opening post-trial briefs in this matter.

4. Although Groupon's request for a modest extension is the kind of scheduling courtesy that counsel in this district routinely afford each other, and despite the fact that Groupon's request will not prejudice IBM, IBM's counsel has refused to agree, stating: "The Court just entered a schedule for post-trial briefing last Wednesday based on the parties' competing proposals and IBM believes the Court's schedule is appropriate."

WHEREFORE, Groupon respectfully requests that the Court enter the attached form of order, granting this motion.

                                                ASHBY & GEDDES

                                                */s/ John G. Day*
                                                _____
                                                John G. Day (#2403)
                                                Andrew C. Mayo (#5207)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, DE  19899
                                                (302) 654-1888
                                                jday@ashbygeddes.com
                                                amayo@ashbygeddes.com

                                                *Attorneys for Defendant Groupon, Inc.*

Dated: August 14, 2018