# EXHIBIT 1

**Subject:** FW: IBM v. Groupon

---

**From:** Karim Oussayef <KOussayef@desmaraisllp.com>
**Sent:** Tuesday, August 14, 2018 9:38 AM
**To:** Reines, Edward <edward.reines@weil.com>
**Cc:** JDesmarais@desmaraisllp.com
**Subject:** IBM v. Groupon


Ed,

I'm working with John on the *IBM v. Groupon* matter and I wanted to respond to your request for an extension. Unfortunately, we cannot agree. The Court just entered a schedule for post-trial briefing last Wednesday based on the parties' competing proposals and IBM believes the Court's schedule is appropriate.

Best,
Karim


**Karim Z. Oussayef**

**DESMARAIS LLP**
230 Park Avenue
New York, NY  10169
T: (212) 351-3427 | F: (212) 351-3401

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.