```
                    IN THE UNITED STATES DISTRICT COURT

                    IN AND FOR THE DISTRICT OF DELAWARE

                                   - - -
   INTERNATIONAL BUSINESS MACHINES
   CORPORATION,                             :   CIVIL ACTION
                                            :
              Plaintiff,                    :
   v                                        :
                                            :
   GROUPON, INC.,                           :
                                            :   NO. 16-122-LPS
              Defendant.
                                   - - -

                             Wilmington, Delaware
                             Friday, July 27, 2018
                             Jury Trial - Volume J

                                   - - -

   BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury

   APPEARANCES:                     - - -

              POTTER ANDERSON & CORROON, LLP
              BY:  DAVID E. MOORE, ESQ.,
                   BINDU A. PALAPURA, ESQ., and
                   STEPHANIE E. O'BYRNE, ESQ.

                   and

              DESMARAIS, LLP
              BY:  JOHN DESMARAIS, ESQ.,
                   KARIM Z. OUSSAYEF, ESQ.,
                   LAURIE STEMPLER, ESQ.,
                   KEVIN K. McNISH, ESQ.,
                   MICHAEL MATULEWICZ-CROWLEY, ESQ.
                   ROBERT C. HARRITS, ESQ.,
                   BRIAN D. MATTY, ESQ., and
                   EDWARD GEIST, ESQ.
                   (New York, New York)

                        Counsel for Plaintiff


                                       Brian P. Gaffigan
                                       Registered Merit Reporter
```

```
 1   APPEARANCES:   (Continued)

 2
                   ASHBY & GEDDES, P.A.
 3                 BY:   JOHN G. DAY, ESQ., and
                         ANDREW C. MAYO, ESQ.
 4
                         and
 5
                   FENWICK & WEST, LLP
 6                 BY:   J. DAVID HADDEN, ESQ.,
                         SAINA M. SHAMILOV, ESQ.
 7                       PHILLIP J. HAACK, ESQ.
                         SAPNA MEHTA, ESQ.
 8                       JESSICA M. KAEMPF, ESQ.,
                         ATHUL ACHARYA, ESQ., and
 9                       JESSICA BENZLER, ESQ.
                         (Mountainview, California)
10
                              Counsel for Defendants
11

12

13

14

15

16

17

18

19

20

21

22                            - oOo -

23                    P R O C E E D I N G S

24           (REPORTER'S NOTE:   The following jury trial was

25   held in open court, beginning at 1:36 p.m.)
```

```
 1                    THE COURT:  Good afternoon, everybody.
 2                    (The attorneys respond, "Good afternoon, Your
 3      Honor.")
 4                    THE COURT:  You have been advised I believe we
 5      have a verdict.  Any issues before I bring them in?
 6                    MR. DESMARAIS:  No, Your Honor.
 7                    MR. HADDEN:  No, Your Honor.
 8                    THE COURT:  Okay.  We'll bring the jury in.
 9                    (Jury returned.)
10                    THE COURT:  Good afternoon, ladies and gentlemen
11      of the jury.  Nice to see you all again.  I've been advised
12      you have a verdict, Madam Foreperson; is that correct?
13                    THE FOREPERSON:  That is correct.
14                    THE COURT:  Could you please hand it to
15      Ms. Ghione for me.
16                    Give me a moment while I review the verdict.
17                    (The Court and the Law Clerk review verdict.)
18                    THE COURT:  Ms. Ghione will now read the
19      verdict.
20                    THE DEPUTY CLERK:  Question 1:  Did IBM prove by
21      a preponderance of the evidence that Groupon infringed the
22      following claims of the asserted patents?
23                    '967 patent.
24                    Claim 1:  Yes.
25                    Claim 2:  Yes.
```

```
 1                    '849 patent.
 2                    Claim 1:  Yes.
 3                    Claim 8:  Yes.
 4                    '601 patent.
 5                    Claim 51:  Yes.
 6                    Claim 54:  Yes.
 7                    '346 patent.
 8                    Claim 1:  Yes.
 9                    Claim 5:  Yes.
10              Did IBM prove by a preponderance of the evidence
11   that Groupon's infringement was willful?
12                    '967 patent:  Yes.
13                    '849 patent:  Yes.
14                    '601 patent:  Yes.
15                    '346 patent:  Yes.
16              Did Groupon prove by a preponderance of the
17   evidence that it had an implied license to practice the '346
18   patent via IBM's licenses to Facebook and Google?
19                    No.
20              Did Groupon prove by a preponderance of the
21   evidence that IBM's rights to assert the '346 patent against
22   Groupon were exhausted via IBM's licenses to Facebook and
23   Google?
24                    No.
25              Did Groupon prove by clear and convincing
```

```
 1    evidence that the following claims of the asserted patents
 2    were -- are invalid?
 3              '601 patent.
 4              No -- or claim 51:  No.
 5              Claim 54:  No.
 6              '346 patent.
 7              Claim 1:  No.
 8              Claim 5:  No.
 9              What sum of money, if paid now in cash, do
10    you find IBM has proven by a preponderance of the evidence
11    would fairly and reasonably compensate IBM for Groupon's
12    infringement of IBM's patent or patents?
13              $82.5 million.
14              Signed and dated this date by the eight jurors.
15              THE COURT:  Thank you.  Mr. Desmarais, do you
16    wish to have the jury polled?
17              MR. DESMARAIS:  No Your Honor.
18              THE COURT:  And Mr. Hadden?
19              MR. HADDEN:  No, Your Honor.
20              THE COURT:  Okay.  Thank you.
21              Ladies and gentlemen, your official duties are
22    complete.  I want to express here in open court my gratitude
23    as well as the gratitude of the parties for the time you
24    have taken from your busy lives to do the important work
25    that you have done.
```

```
 1                I do want to have a chance to speak to you
 2      individually as well back in the jury room.  So we have some
 3      papers for you, and I want to at least get a chance to shake
 4      both of your hand and thank you personally for your duty.
 5      So we'll ask you to wait back in the jury room just for
 6      another moment or two while I talk to the lawyers.
 7                Thank you very much.
 8                (Jury left courtroom.)
 9                THE COURT:  Have a seat just for a moment.
10                What I typically do is give you a week or so
11      to think about the impact of the verdict and then give me a
12      joint status report with proposals for how we proceed at
13      this point.
14                Oftentimes I find it helpful for you, if not by
15      the end of this initial period, at some time thereafter not
16      too far in the future, if you would identify any post-trial
17      motions that you plan to file and then I can reflect on that
18      and potentially give you my inclinations as to how I might
19      rule on them if those motions are filed, but there is lots
20      of different ways we can proceed.
21                So for now, I'm just going to say I direct you
22      to meet and confer, get me a status report a week from
23      today.  If you find in your meeting and conferring that some
24      additional time would be helpful, then let me know that by
25      next Friday.
```

1                Are there any questions about that or anything
2    further from the plaintiff?
3                MR. DESMARAIS:  No, Your Honor.  Thank you.
4                THE COURT:  Thank you.  And --
5                MR. HADDEN:  No, Your Honor.
6                THE COURT:  Thank you all very much.  It's been
7    an interesting couple of weeks --
8                MR. DESMARAIS:  Yes.
9                THE COURT:  -- and I hope you all get some
10   sleep.  And safe travels, those who are traveling.  We will
11   be in recess.
12                    (Proceedings end at 1:42 p.m.)
13
14       I hereby certify the foregoing is a true and accurate
     transcript from my stenographic notes in the proceeding.
15
16                           /s/ Brian P. Gaffigan
                             Official Court Reporter
17                              U.S. District Court