# APPENDIX A



ii

# Computer language

**\single_option.html.mustache**

```
C:\SC\historical-code\deal-ca27e5698b84285c68c08757895598184307943\deal\modules\buy_button\single_option.html.mustache    Tuesday, March 07, 2017 11:40 AM
 1   {{^ externalDeal }}
 2     <a class="btn-buy-big
 3       {{^ isTravelBookableDeal }} buy-button {{/ isTravelBookableDeal }}
 4       {{# isTravelBookableDeal }} book-button {{/ isTravelBookableDeal }}
 5       {{# showCloDealUI }} claim {{/ showCloDealUI }}
 6       {{ stateCSS }} {{ textCSS }}"
 7       {{^ buyButton.multiOptionOverlay }}id="buy-link"{{/ buyButton.multiOptionOverlay }}
 8       href="{{ url }}" data-bhw="{{ bhw }}" data-bhd="{{ bhd }}">
 9       {{^ isGetawaysDealPageV2 }}
10         {{ text }}
11       {{/ isGetawaysDealPageV2 }}
12       {{# isG
13         {{ bu
14       {{/ isG
15     </a>
16     <div class="order-processing-loader">
17       <span class="icon-g-loader"></span>
18       <span class="order-processing-text">{{# translate
         }}modules.buy_button.processing{{/ translate }}</span>
19     </div>
20     {{# oneClickBuy }}
21       <a id="buy-now-tooltip-trigger" data-position="left"
          data-tooltip-id="buy-now-tooltip" data-trigger-event="click"></a>
22     {{/ oneClickBuy }}
23   {{/ externalDeal }}
24
25   {{# externalDeal }}
26     {{> external_deal_buy_button }}
27   {{/ externalDeal }}
28
```

**href="{{ url }}"**

PX-1224

iii