**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> GROUPON, INC. </br></br> Defendant. | ) </br> ) </br> ) C.A. No. 16-122-LPS </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) </br> ) </br> ) |

**IBM'S MOTION FOR ENHANCED DAMAGES, ATTORNEYS' FEES,
PRE- AND POST-JUDGMENT INTEREST, AND AN ONGOING ROYALTY**

Pursuant to Fed. R. Civ. P. 54, 59, and any other applicable rule, Plaintiff International Business Machines Corporation ("IBM") respectfully moves for an award of enhanced damages, attorneys' fees, pre- and post-judgment interest, and an ongoing royalty. The grounds for this motion are set forth in IBM's Opening Brief, submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, </br></br> POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: </br></br> John M. Desmarais </br> Karim Z. Oussayef </br> Laurie Stempler </br> Robert C. Harrits </br> Brian D. Matty </br> Michael Matulewicz-Crowley </br> Edward Geist </br> DESMARAIS LLP </br> 230 Park Avenue </br> New York, NY  10169 </br> Tel:  (212) 351-3400 </br></br> Dated: September 19, 2018 </br> 5932958 / 43155 | By:  */s/ Bindu A. Palapura*       </br>        David E. Moore (#3983) </br>        Bindu A. Palapura (#5370) </br>        Stephanie E. O'Byrne (#4446) </br>        Hercules Plaza, 6th Floor </br>        1313 N. Market Street </br>        Wilmington, DE 19801 </br>        Tel: (302) 984-6000 </br>        dmoore@potteranderson.com </br>        bpalapura@potteranderson.com </br>        sobyrne@potteranderson.com </br></br> *Attorneys for Plaintiff* </br> *International Business Machines Corporation* |