

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

September 24, 2018

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    *International Business Machines Corporation v. Groupon, Inc.*
               C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

Enclosed are two CDs containing:

- (D.I. 418) IBM's Motion for Enhanced Damages, Attorneys' Fees, Pre- and Post-Judgment Interest, and an Ongoing Royalty
- (D.I. 419) Plaintiff IBM's Sealed Post-Trial E-Brief
- (D.I. 420) Sealed Declaration of Jerry A. Hausman with Exhibits 1-4
- (D.I. 421) Sealed Declaration of Laurie Stempler with Exhibits A-O

The CDs include a searchable PDF of the brief and declarations, which are hyperlinked to the exhibits and all cited authority.

Counsel are available at any time, if the Court has any questions about the electronic brief.

                             Respectfully,

                             */s/ Bindu A. Palapura*

                             Bindu A. Palapura

BAP:sjh/5936981/43155
Enclosure

cc:      Clerk of the Court (via hand delivery w/ enclosure)
          Counsel of Record (via electronic mail w/o enclosure)