# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 25, 2018

The Honorable Leonard P. Stark  **VIA ELECTRONIC FILING**
United States District Court
844 N. King Street
Wilmington, DE  19801

Re: *International Business Machines Corporation v. Groupon, Inc.,*
    C.A. No. 16-122-LPS-CJB

Dear Chief Judge Stark:

Defendant Groupon, Inc. respectfully requests the scheduling of a dispute teleconference to address a time-sensitive issue that has arisen during the parties' post-trial briefing. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on Tuesday September 25, 2018:

| Delaware Counsel: | for Plaintiff: | Bindu Palapura |
| | for Defendant: | John Day |
| Lead Counsel: | for Plaintiff: | Laurie Stempler |
| | for Defendant: | Edward Reines |

The disputes requiring judicial attention are listed below:

 (1) whether Groupon may depose IBM's damages expert to address his Declaration in Support of IBM's Motion for a Determination of an Ongoing Royalty and Pre-Judgment and Post-Judgment Interest (D.I. 420); and

 (2) whether to extend the current October 10, 2018 deadline for the parties' responsive briefs by 14 days if Groupon's request for a deposition is granted.

Respectfully,

*/s/ John G. Day*

John G. Day (#2403)

JGD/nml
cc:   All counsel of record (via electronic mail)

{01367287;v1 }